Brett L Eliason, Agent and Trustee of Max D Eliason
43 South Fairway Drive
North Salt Lake, Utah 84054
801-949-0080
Brett.eliason1@gmail.com
Plaintiff is Self-Represented "Pro Se"




FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 08 2021
11:34 am
Margaret Botkins, Clerk
Cheyenne

# IN THE TENTH UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

### 2120 Capitol Avenue Room 2131
### Cheyenne, WY 82001

| | |
|---|---|
| **THE ESTATE OF MAX AND JOYCE ELIASON** | INJUNCTION AND PROPOSED ORDER FOR A SUMMARY JUDGEMENT AGAINST THE DEFENDANT "COP" FOR ITS EMBEZZLEMENT OF THE $200 MILLION ESTATE OF MAX AND JOYCE ELIASON WHO WERE INTRODUCED TO THE AGENT LAW OFFICE OF KIRTON MCCONKIE UNDER FRAUDULENT MISREPRESENTATION ON JUNE 20TH, 2013. |
| Plaintiff<br><br>v. | THIS COMPLAINT IS BEING MADE UNDER THE CIVIL PROVISIONS OF THE RICO ACT OF 1970 AND THE GENERAL ASSEMBLY RESOLUTION 40/34 FOR THE GROSS VIOLATIONS OF CIVIL RIGHTS OF THE VICTIMS WHO ARE BEING TARGETED UNDER AGGRAVATED RETATLIATION<br><br>MOTION TO HAVE THIS MATTER DECLARED UNCONSTITUTIONAL AND ASSIGNED TO A DISTRICT ATTORNEY FOR THE CRIMIMAL PROSECUTION |
| **THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS "THE COP"**<br><br>Defendant | **JUDGE:**<br>**CASE NO:** 21-CV-46 |

## DEAR CHIEF JUDGE SCOTT W SCAVDAHL,

I BRETT L ELIASON HEREBY FILE THIS COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING AS THE AGENT AND TRUSTEE OF THE ESTATES OF MY PARENTS; MAX AND JOYCE ELIASON WHICH HAVE BEEN EMBEZZLED BY THE DEFENDANT OFFICERS AND LEADERS OF THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS WHICH BEGAN UNDER UNCHALLENGED ALLEGATIONS OF FRAUDULENT MISREPRESENTATION ON JUNE 20TH, 2013.

THE HISTORY AND EVIDENCE HEREIN IS THE MOST REPULSIVE DISPLAY OF CORRUPTION EVER WITNESSED BY MANKIND AND I AM MAKING THIS COMPLAINT UNDER URGENCY AS THE DEFENDANTS ASSOCIATED HEREIN ARE ALREADY ACCUSED OF MURDERING MY MOTHER JOYCE S ELIASON AND ARE VICIOUSLY ASSAULTING BOTH MY FATHER WHO IS STILL ALIVE AND ME AND MY PRECIOUS DAUGHTERS WHO THEY HAVE TARGETED AS "VICTIMS OF PREY".

## "RES IPSA LOQUITUR"

THE DEFENDANTS ARE UNABLE TO ANSWER THE SIMPLE "YES OR NO" QUESTION OF "DO YOU SERVE MAX D ELIASON (ME)" WITHOUT BEING FOUND GUILTY OF OVER 50 VIOLATIONS OF THE RICO ACT OF 1970 FOR RUTHLESS ASSAULTS AGAINST THE VICTIMS HEREIN WHO THOUGHT THEIR ESTATES WERE PROTECTED AND EACH BENEFICIARY REPRESENTED WITH IMPARTIALITY AS PER THE MOST IMPORTANT POSITION IN THE LEGAL INDUSTRY; THAT OF FIDUCIARY.

I SHALL KEEP THIS CORRESPONDENCE BRIEF WITH THE ANTICIPATION THAT YOU ARE ABLE TO ACCESS THE EXISTING COURT DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH ON FEBRUARY 25TH, 2020 WHICH AS YOU WILL FIND IS "THE COURTHOUSE OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS" WHERE CHIEF JUDGE ROBERT J SHELBY REFUSED TO EVEN ASK FOR ACCOUNTING OR FOR THE DEFENDANTS TO RESPOND TO THE ONE "YES OR NO" QUESTION AS IT WOULD EXPOSE THE DARKEST WEB OF "NEW WORLD ORDER" WHICH IS ASSAULTING DEMOCRACY IN THE UNITED STATES AS THE "LAWLESSNESS" HEREIN SHALL FOREVER REDEFINE EVIL AND SIN. (UT #1:20-CV-0024-RJS-DBP)

# THE "NEW WORLD ORDER" AND ITS DESIRE FOR OIL...

THE EVIDENCE HEREIN DEMONSTRATES THIS IS "DEEEP STATE" WHEREIN THE "ONE WORLD RELIGION" HAS BRIBED THE "ONE WORLD GOVERNMENT" WITH THE ESTIMATED MISSING $300 BILLION OF TITHES AND OFFERINGS WHICH HAVE ALSO BEEN EMBEZZLED BY THE LDS CHURCH LEADERS WHO ARE CONCEALIN THE "GREATEST STORY OF LIES NEVER TOLD".

THE DEFENDANTS HAVE TARGETED THE ESTATES OF MY PARENTS YEARS AGO WITH THE REALIZATION THEY OWNED CRITICAL OIL HOLDINGS IN THE STATES OF TEXAS, UTAH, WYOMING, COLORADO, ARIZONA, AND POSSIBLY LOUISIANA AS MY FATHER TOOK ME TO WYOMING AS A BOY TO LOOK AT THE OIL HOLDINGS OF HIS COMPANY TEXAS EASTERN TO WHICH HE SERVED AS PRESIDENT FOR THE UTAH DIVISION.

THE KEY PERSON IN THIS MATTER IS "PRESIDENT DALLIN H OAKS" AS THE TRUSTEE OF THE "COP" AND THE PRESIDENT OF THE QUORUM OF THE TWELVE APOSTLES OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS WHO IS DESPERATELY COMMITTING THE MOST HEINOUS DISPLAY OF AN AGGRAVATED CONSPIRACY TO RETALIATE AGAINST THE VULENERABLE ADULTS AND CHILDREN HE WAS PAID TO PROTECT AND "PRAY FOR" RATHER THAN "PRAY UPON"...

YOU WILL FIND IN THE EVIDENCE THAT HE TOOK THE POSITION IN THE CHURCH OF JESUS CHRIST AS A FORMER CIA OPERATIVE AND FBI RECRUITER WHOSE FAMILY TIES ARE TO PRESCOTT BUSH WHOSE BANK WAS CLOSED FOLLOWING WORLD WAR II FOR SUPPLYING OIL AND FINANCING TO THE NAZI PARTY AND "BROTHER ADOLPH HITLER".

YOU WILL FIND THAT AS THE "HEAD OF THE SERPENT"; THIS GENIOUS OF "CORRUPTION AND DESTRUCTION" IS NOT ONLY "THE PRINCE OF LIES" WHO HAS EXALTED HIMSELF IN THE TEMPLE OF GOD NEXT TO HIS "FALSE PROPHET"; HE IS A STUDENT OF "MEIN KAMPH" WHICH IS HIS FORM OF SCRIPTURE AND WHO TOOK THE "LESSONS LEARNED" FROM THE DEMISE OF HIS IDOL AND DECIDED TO COMBINE THIS STRATEGY WITH WHAT HE LEARNED FROM WATCHING TOO MANY MOVIES REGARDING THE MAFIA WHICH IS EXACTLY WHAT THIS "CHURCH STATE" HAS BECOME; THE MAFIACRACY OF JESUS CHRIST.

## YOU ARE EITHER "FOR ME" OR "AGAINST ME"; THERE IS NO IN BETWEEN IS APPLICABLE HEREIN AND EXPOSES WHO IN SOCIETY IS "CHRISTIAN" AND WHO IS LIVING IN "SIN" …

THIS IS ARGUABLY THE EASIEST MATTER IN COURT HISTORY TO DECIDE AND DOES NOT REQUIRE A JURIS DOCTORATE DEGREE TO IDENTIFY "SLEAZE" AND THE VAST DARK WEB OF CORRUPTION WHICH CAN ALL BE EXPOSED AND BROUGHT TO AN END; PROVIDED THE RESPECTIVE JUDGES AND PROSECUTING ATTORNEYS OF LOUISIANA CAN INTERVENE IMMEDIATELY AND BRING "THE COMMANDER IN CHIEF" INTO THE PICTURE TO REPRESENT THE EXECUTIVE BRANCH OF GOVERNMENT WHICH NEEDS TO "CHECK-UP" ON THE THUCKERY GOING ON BEHIND HIS BACK…

## PROPHESY FULFILLED?
ANYONE WHO IS FAMILIAR WITH THE "JOB DESCRIPTION" OF "THE ANTI-CHRIST" AND "FALSE PROPHET" SHALL BE INTRIGUED TO READ THE FOLLOWING COINCIDENCES WITH WHAT IS FORETOLD FROM THE HOLY BIBLE…

"THE PRINCE OF LIES"
DALLIN H OAKS IS UNABLE TO FACE "ME" IN COURT WHICH IS A TAD BID DISGUSTING SINCE HE IS A WORLD-RENOWNED ESTATE PLANNING SPECIALIST AND FORMER JUSTICE OF THE UTAH SUPREME COURT ("OF JESUS CHRIST HIMSELF AS PROVEN HEREIN)

WHY? BECAUSE HE KNOWS IN HIS BLACK HOLE SOUL THAT HE CANNOT ANSWER TO A SIMPLE QUESTION WHICH DEMANDS ONLY A "YES OR NO" AS HE WILL IMMEDIATELY BE "RECUSSED" TO FEDERAL PRISON FOR THE NEXT 1,000 PROPHETIC YEARS FOR HIS 50 RICO VIOLATIONS AND THE ASSOCIATED 20 YEARS THAT ACCOMPANY EACH ONE OF THOSE FELONY CRIMES AGAINST HIS VICTIMS…

THIS MAN DEDICATED THE OFFICE OF KIRTON MCCONKIE ON APRIL 12TH, 2012 IN A "TEMPLE CEREMONY" WHERE THESE "WOLVES IN SHEEPS CLOTHING" WERE SETTING UP THEIR NEXT PLOT TO RAPE, PILLAGE, PLUNDER, AND MURDER THE INNOCENT AND FAITHFUL MEMBERS OF THE LDS FAITH WHO ARE ONLY CONSIDERED VALUABLE AS LONG AS THEY HAVE MONEY TO PAY THEIR TITHES AND OFFERINGS OR THEY ARE REFUSED TO ENTER "THE HOLY TEMPLE"?

4

# THE REPORT FILED WITH THE IRS ON DEC 17, 2019

A WHISTLEBLOWER NAMED LARS NIELSON FILED DOCUMENTS WITH THE INTERNAL REVENUE SERVICE AND EXPOSED THAT THE LDS CHURCH HAD $120 BILLION "SITTING IN AN ACCOUNT" FOR THE PAST 22 YEARS WHICH HAD NEVER BEEN "TAXED" AND WAS IN CLEAR VIOLATION OF THE LAWS SURROUNDING A 501-C3 STATUS.

HIS WORDS AND REPORT WERE CRITICAL TO MY "PUZZLE" WHICH I HAVE BEEN FORCED TO PUT TOGETHER SINCE THE DEATH/MURDER OF MY DEAR MOTHER JOYCE ELIASON ON MAY 21ST, 2018. THE RESULT IS NOTHING SHY OF DISCOVERING "THE PICASSO OF CRIMES AGAINST HUMANITY" WHEREIN THE RESPECTIVE NAMES OF THE CRIMINALS SHALL FOREVER HANG IN THE HALLS OF HISTORY'S SHAME...

THIS REPORT INDICATES THE LDS CHURCH HAS REVENUES OF A MINIMUM AMOUNT OF OVER $15 BILLION PER YEAR WHICH HAVE BEEN "ENTRUSTED" TO THE TRUSTEE DALLIN H OAKS WHO IS ALSO THE HIGH MANAGERIAL AGENT OVERSEEING THE OPERATIONS OF KIRTON MCCONKIE AS "THE LORD'S LAWYERS" WHO ARE COCKROACH "HELL'S ANGELS" AND FELONS AT LARGE...

THE MEMBERS OF THE LDS FAITH HAVE BEEN BRAINWASHED INTO ASSUMING THEY BELONG TO "THE ONLY TRUE CHURCH" AND THAT THEIR TEMPLES ARE IMMUNE TO THE PROPHESIED ANTI-CHRIST AND FALSE PROPHET WHOSE ACTIONS ARE DEFINED BEFORE THE EYES OF MANKIND HEREIN.

THEY DO NOT QUESTION THEIR LEADERS WHO ARE RETURNING APPROXIMATELY 2-3 DAYS OF TITHING INCOME PER YEAR WHICH COMES OUT TO A PATHETICALLY LOW MICRO PERCENTAGE OF $50 MILLION PER YEAR COMPARED TO $15 BILLION OF INCOME? EVEN THE MOST FAITHFUL MEMBERS OF THE LDS CHURCH SHOULD HOLD UP A HAND OR MIDDLE FINGER AND SCREAM "WHAT THE FUCK" IS HAPPENING TO THE OTHER $14.95 BILLION PER YEAR WHICH HAS GONE MISSING JUST AS THE ESTATES OF MAX AND JOYCE ELIASON.

MY PAST TWO YEARS OF DAILY "PUTTING THE PIECES TOGETHER" HAVE COME TOGETHER TO PAINT THE UNDENIABLE PICTURE OF WHICH WITCH IS WHICH; AND WHICH BITCHES ARE SATANIC WHORES AND WHAT LIES BEHIND THE SACRED LDS TEMPLE DOORS...

## "THE MAN OF LAWLESSNESS"

I STOPPED INCLUDING THE CRIMINAL ACTIVITIES IN THIS MATTER AT 50 IN THE ORIGINAL COMPLAINT FILED IN THE UNITED STATES DISTRICT COURT OF UTAH BUT CAN EASILY FIND ANOTHER 250 IF ONE UNDERSTANDS THAT EVERY DOCUMENT KIRTON MCCONKIE AS THE AGENT OF "THE COP" IS FILING AGAINST ME IS CONSIDERED ONE MORE COUNT OF AGGRAVATED CONSPIRACY TO COMMIT THE RETALIATION FROM A FIDUCIARY OF BOTH THE "CHURCH AND STATE" WHICH ENTITLES EVERY MEMBER WHO IS ASSOCIATED WITH THIS "NEW WORLD ORDER OF BROTHELS AND WHORES" TO AN ADDITIONAL 20 YEARS IN THE FEDERAL PRISONS OF "JESUS CHRIST HIMSELF"...

IF ONE ONLY REGARDED THE MISSING $200 MILLION ESTATES OF MY DEAR PARENTS WHICH WERE ARGUABLY THUGGED OVER SEVEN YEARS AGO AND CONTINUES TO GO ON WITH EACH PASSING DAY I AM DENIED ACCESS TO SEE MY OWN FATHERWHO IS BEING HELD UNDER ILLEGAL HOUSE ARREST SINCE "THE COP" AND "THE ROBBER" DO NOT HAVE ANY DEFENSE FOR THE FACT THAT THE ESTATES OF MAX AND JOYCE ELIASON ARE GONE; AND YET MY FATHER IS STILL ALIVE AND BREATHING AND THE RESPECTIVE CREATOR, TRUSTEE, AND SETTLOR OF THE MAX AND JOYCE ELIASON A/B TRUSTS EXECUTED ON OCTOBER 28TH, 2015; DALLIN H OAKS IS ALREADY IN THE NUMBER EIGHT SPOT FOR MOST CORRUPT WORLD LEADERS IN WORLD HISTORY BASED SOLELY ON AMOUNT OF CAPITAL STOLEN.

WHAT IS MORE "LAWLESS" AND "EVIL" THAN HAVING A MAN IN CONTROL OF WHAT IS ARGUABLY THE LARGEST CASH FLOW IN THE WORLD WHO IS UTILIZING GOD AND HOLY TEMPLES AS MARKETING TOOLS TO ATTRACT INNCENT "LAMBS TO THE SLAUGHTERHOUSE" OF KIRTON MCCONKIE AKA "KILL HER AND CON ME" ... WHO ARE CRIMINALLY SLEAZY AND WHOREABLY GREEDY.

THE PAGES WITHIN THE EVIDENCE GO INTO DETAIL OF HOW THIS "SPIRIT OF LIGHT'S" FRUIT IS CONSIDERED FAR MORE DEADLY THAN THE PANDEMIC KNOWN AS COVID-19 AND ALL EVIDENCE WITHIN THE "MEMOIRS OF JOSEPH SPENCER" DISCUSSED WITHIN THE EVIDENCE SHOWS THESE NEW WORLD ORDER HOES AS BEING RESPOSIBLE FOR THIS INTENTIONAL ASSAULT ON HUMANITY AND THE ALIEN AGENDA.

## "THE SON OF DESTRUCTION"

WHEN KIRTON MCCONKIE ADMITTED GUILT TO HAVING AN "ILLEGALY BREACH OF FIDUCIARY DUTY" ON FEBRUARY 11TH, 2019; IT WAS ASSUMED THE "COP" AND ITS AGENT LAW OFFICER WERE GOING TO RESPECT THE LEGACIES WHICH WERE STOLEN AND TO SHOW REVERANCE AS ONE WOULD EXPECT FROM THE LDS CHURCH LEADERS WHO PREACH "FAMILIES ARE FOREVER" BUT TURN GOOD SIBLINGS INTO BAD CRIMINALS WHO BETRAYED EVERY ANCESTOR WHO HAS PRECEEDED MAX AND JOYCE ELIASON MAKING ME HOPE TO GOD THAT "FAMILIES ARE FORNEVER" FOLLOWING SEVEN YEARS AND CLIMBING OF INTENTIONAL SADISTIC "FRATRACIDE"...

RATHER THAN TO "CHOOSE THE RIGHT" THE DEFENDANTS CHOSE TO KEEP THE BRIBES PAID TO "THE MR. WRIGHT" WHO SITS AS PRESIDENT OF KIRTON MCCONKIE LAW OFFICES AND TO WHOM I SAY "IF THE GLOVE DID NOT FIT; YOU MUST ACQUIT...AND IF THE BRIBE WAS WRIGHT; YOU MUST INDICT... EVERY DEFENDANT HEREIN CHOSE THE WRONG RIGHT MAKING THEM NOTHING BUT "THIEVES IN THE NIGHT"...

AS I SOUGHT "LORD GOOGLE" FOR HELP AND FOUND A VICTIM FROM CHICAGO NAMED JONATHAN BYSTROM; EVERYTHING BEGAN TO FALL INTO PLACE AS I REALIZED DALLIN H OAKS HAD BEEN SCAMMING THE HELL OUT OF THE WORLD FOR WHAT PROVES IN CHICAGO TO BE FOR OVER 30 YEARS WHERE "SIR DALLIN THE DICK" WAS AN EQUITY PARTNER OF THE LAW OFFICE OF KIRKLAND ELLIS TO WHICH HE IS CONSIDERED TO BE A LIFETIME MEMBER OF YET ONE MORE FILTHY ASS LEGION OF SLEAZE..

THERE ARE OVER 20 FAMILIES I HAVE LOCATED WHO HAVE BEEN VICTIMS OF DALLINS EXPERTISE IN "BAITING AND SWITCHING" WHICH HE DID UNTO MY PARENTS UNDER THE TERM FOUND ON THE INTERNET "ESTATE PLANNING PORN" SITES CALLED "THE OLD SWITCHEROO" .... TO WHICH I ALSO PROCLAIM "DALLIN AND HIS DICKS" TO HAVE DEGREES AS "MASTER-BAITERS" ...

HOW DOES THE TERMINOLOGY "SON OF DESTRUCTION" APPLY HEREIN? THE SCRIPTURES CLEARLY STATE THAT THIS "ANTI-CHRIST" WOULD SECRETLY BE ASSAULTING THE SAINTS OF GOD WHO ARE AIDING AND ABETTING THE "RICO ACT GOD FRAUDER" ...

IN ORDER TO QUALIFY FOR SOMETHING AS PROPHETIC AS A "SON OF DESTRUCTION" THERE MUST BE SOMETHING MORE THAN JUST BEING A HOLY MOBSTA FROM HELL; AND LITERALLY SOMETHING FAR DARKER THAN THE DARKEST OF DARK SOULS MANKIND HAS EVER KNOWN...

THE MEMOIRS OF JOSEPH SPENCER AS CIA OPERATIVE WITH DALLIN H OAKS ARE INCLUDED IN THE EVIDENCE AND WHOSE "DEATH BED" REPENTANCE INCLUDED HIS ADMISSION OF MURDERING COUNTLESS NUMBERS OF "UFO-OLOGISTS" WHOSE NAMES HE CITED IN THE DOCUMENTS AND STATED HE WAS HAUNTED BY THE FACE OF ONE OF HIS VICTIMS WHO DID NOT DIE IMMEDIATELY FROM HIS "HIGH POWERED TASER" SHOCK WHICH CAUSED MANY A VICTIM OF THIS GROUP OF "MEN IN BLACK" AN UNEXPLAINED HEART ATTACK...

I WANT THE READER TO UNDERSTAND THESE MEMOIRS WERE ENTRUSTED BY JOSEPH SPENCER TO HIS ONLY FRIEND JUST PRIOR TO HIS DISAPPEARANCE AND SAID FRIEND WAS SHOT DEAD BY FBI AND CIA AGENTS AND CAUGHT ON TAPE BY A CAMERAMAN DOING AN EXCLUSIVE "DOCUMENTARY" ON THIS FRIEND WHOSE EXPOSITION OF FACTS WAS NOTHING SHY OF SINISTER AND CHILLING...

I OFTEN FALL ASLEEP WITH THE TELEVISION ON AND ONE NIGHT SEVERAL MONTHS AGO MY "SUBCONCIOUS" PICKED UP ON THIS DOCUMENTARY WHICH WAS PLAYING IN THE BACKGROUND AND THE CONTENT MADE ME SIT UP IN FACINATION AT WHAT WAS BEING SAID IN THIS FILM CALLED "ALIEN OVERLORDS" WHICH ANYONE CAN VERIFY WAS RELEASED ON VIDEO IN DECEMBER OF 2017...

WHY WAS THIS SO INTRIGUING FOR ME TO LISTEN TO? BECAUSE I HAD JUST FOUND THE EVIDENCE WHICH SHOWED THAT DALLIN H OAKS AND THIS JOSEPH SPENCER WORKED TOGETHER AS CIA OPERATIVES UNDER THE SAME BUSH ADMINISTRATION MEANING WHATEVER THIS MAN WHO HAD BRAIN CANCER BUT DISAPPEARED AND HIS FRIEND SHOT DEAD TRYING TO EXPOSE WAS SOMETHING THE FBI AND CIA DID NOT WANT TO HAVE HEARD. I KNEW I HAD "HIT A NERVE" WITH MY "PROPHET TO BE" WHEN I HAD TWO US MARSHALLS SHOW UP AT MY DOOR WHO REFUSED TO GIVE MY DAUGHTERS THEIR NAMES WHILE I SILENTLY GRABBED A GUN AND RAN OUT MY BACK DOOR KNOWING THEY HAD NO REASON TO COME.

THE CONTENTS COULD POSSIBLY BE DISMISSED EXCEPT FOR VARIOUS FACTS TOO PRECISE TO BE COINCIDENTAL ALONG WITH THE OBVIOUS RESISTENCE FROM THE FBI AND CIA OPERATIVES WHO WERE READY TO MURDER THE FRIEND OF JOSEPH SPENCER IN ORDER TO SILENCE HIM BEFORE HIS WORDS WERE EXPOSED...

## THE COVID-19 PANDEMIC

MY LEVEL OF DISGUST AND "SHOCK AND AWE" HAVE CLIMBED EXPONENTIALLY AGAINST THE FILTHY SLUTS OF THE UNITED STATES DEPARTMENT OF JUSTICE WHO NOW SIT AS DEFENDANTS IN THIS RICO MATTER SINCE THEY ARE KNOWINGLY COMMITTING CAPITAL TREASON AND BECOMING CO-CONSPIRATORS IN "THE MOTHER OF ALL THE WHOREDOMS" ON EARTH AS DESCRIBED WOULD EXIST IN THE BOOK OF MORMON AT THE "END TIMES" ALONG WITH THE CHURCH OF THE LAMB OF GOD WHICH LITERALLY CLAIMS "YOU ARE EITHER GOOD OR BAD; IT IS BLACK OR WHITE; YOU ARE EITHER "FOR ME" OR "AGAINST ME"; THERE IS NO IN BETWEEN...

WITHIN THE EVIDENCE STATED IN THE MEMOIRS WAS THAT "THE NEW WORLD ORDER" AND ITS ALIAS OF THE UNITED NATIONS IS THE CONFIRMATION THIS WAS STARTED BY THE TYRANICAL RULERS OF THE ILLUMINATI WHOSE TIES TO THE "SECRET ELITE SOCIETIES" AND "LUCIFERIANS" CANNOT BE DENIED.

THE WORDS PORTRAY THE STORY OF THIS GROUP OF "BOURGOIS" ENTITLED TWATS WHOSE ARISTOCRATICAL BLOODLINES AND GENERATIONS OF SATANIC SLEAZERY HAVE MADE THEMSELVES CELESTIALLY ENTITLED THUCKS WHO FEEL THEMSELVES "WORTHY" AND CHOSEN TO BE A MEMBER OF "THE FAMILY" AS WAS KING DAVID OF OLD MEANING THEY ARE FREE TO RAPE, PILLAGE, PLUNDER, MURDER, AND ROB EVERY LAST DROP OF MY FAMILY'S ESTATES AND ITS "BLACK GOLD"...

NOT ONLY ARE THE 16 JUDGES OF UTAH, COLORADO, HAWAII, AND TEXAS EACH REFUSING TO ASK THEIR "GOD FRAUDER" A SIMPLE YES OR NO QUESTION OR REQUIRE HIM TO ACCOUNT FOR THE MISSING $200 MILLION ESTATES TO WHICH THE DEFENDANTS SIT IN CHECKMATE ON PAGE ONE OF THE COMPLAINT; EACH RESECTIVE WHORE IS SPORTING PRADA GARMENTS OR HOLY HYPOCRITICAL ROBES OF JUSTICE OR EVEN WORSE IN THE CASE OF UTAH; BOTH.

9

THE MEMOIRS AS RELEASED IN DECEMBER OF 2017 THAT THIS GROUP OF "UNITED NATIONS" AND "NEW WORLD ORDER" OF BROTHELS AND WHORES WAS GOING TO UNLEASH A DESIGNER VERSION OF THE SPANISH FLU AND ITS RELEASE WAS CONSIDERED IMMINENT AND WAS BEING DONE BY THIS GROUP OF MAGGOTS SUCKING ON THE ASS OF SOCIETY IN ORDER TO "EUTHANIZE" 95% OF HUMANITY AS PER THEIR SATANIC DIRECTIVE TO REDUCE THE POPULATION DOWN TO THE "ELITE 500 MILLION"...

HOW DOES A "BILL GATES" PROPHESY THAT HE BELIEVED A PANDEMIC WAS IMMINENT AND IS NOW SPEAKING AS "PROPHET GATES" AS TO WHEN CIVILIZATION MIGHT SEE A CURE UNLESS HE "SAW IT COMING" AND UNDERSTANDS WHAT THE AGENDA 21/2030 MEANS AND IT IS ASSUMED THOSE WHO RELEASED THIS DISEASE WERE SMART ENOUGH TO ALREADY HAVE A CURE SO AS TO NOT LET ANYONE DIE WHO WAS CONSIDERED AN "ELITE WHORE"...

JOSEPH SPENCER STATED IT WAS THIS "NEW WORLD ORDER" WHICH UNLEASHED THE VIRUS WE KNOW TODAY AS "AIDS" WHICH IS CONSISTENT WITH BOTH BROTHER'S HITLER AND OAKS WHOSE MEIN KAMPH HAS TARGETED THE LGBTQ AS THE SCOURGE OF THE EARTH WHEN IN FACT; THE UNKNOWN NUMBER OF INNOCENT TEENS WHO COMMITTED SUICIDE FOLLOWING DALLIN OAKS' HATE CRIMES FROM THE PULPIT WERE IN FACT; CONSIDERED "PURE OF HEART" AND HONEST AS TO WHO THEY REALLY ARE IN LIFE RATHER THAN TO HOLD A "GOLDEN PLATED TEMPLE RECOMMEND" WHICH THEY SIGNED TO PROVE TO HUMANITY THAT THEY ARE THE "CHOSEN ELITE" AND HOLY MEN OF GOD...

EVERY WORD WHICH JOSEPH SPENCER STATED IS CONSISTENT WITH WHAT IS HAPPENING IN THE WORLD TODAY; AND BEFORE THE EYES OF THE COURTS OF THE UNITED STATES DEPARTMENT OF JUSTICE IS "THE HEAD OF THE SERPENT" SITTING IN THE GUILLOTINE IN CHECKMATE AND EVERY DAY THAT PASSES THAT THIS MAN GOES UNCHALLENGED IS OBLITERATING MANKIND AS DALLIN'S TIES TO THIS ILLUMINATED GROUP IS UNDENIABLE NOR ARE HIS CREDENTIALS AS BEING CRIMINALLY ASSOCIATED WITH UNDER THE BUSH ADMINISTRATION WHICH WERE ALSO EXPOSED WITHIN THESE MEMOIRS WHICH COULD LEAD TO THE IMMEDIATE "VACCINE" FOR COVID-19 IF THE JUDGES WOULD JUST UPHOLD THE CONSITUTION.

I CAN PERSONALLY ATTEST TO THE FACT THAT THIS "NEW WORLD ORDER" HAS TAKEN OUT EVERY CIVIL RIGHT I WAS GRANTED AS A CITIZEN OF THE UNITED STATES OF AMERICA AND I AM ILLEGALLY BEING PROHIBITED FROM SEEING MY OWN FATHER FOR OVER 500 DAYS NOW AS THE DEFENDANTS CANNOT EXPLAIN HOW IT IS THAT MAX D ELIASON LIVES AND YET THE LDS LAW FIRM OF KIRTON MCCONKIE REPRESENTS TWO OF THE THREE BENEFICIARIES BUT CANNOT PROVIDE ONE SINGLE LEGAL DOCUMENT SHOWING THEY EVER REPRESENTED THEIR VICTIMS AS "ME" AND MY FATHER'S HOUSE.

WHAT DOES THE "COP" DO WITH THAT $50 MILLION PER YEAR OF "KINDNESS" IT RETURNS TO SOCIETY; WHY IT USES THE HUNTSMAN FAMILTY OF WHORES TO BUY THE "INDEPENDENT VOICE OF UTAH" CALLED THE SALT LAKE TRIBUNE AND THEN TURNS IT INTO A 501-C3 JUST LIKE ITSELF AND IS NOW OWNED AND CONTROLLED BY THE DONATIONS OF THE LDS CHURCH WHICH ARE BEING USED TO DESTROY PLANET EARTH AND EXTERMINATE "ME" AND "WE THE PEOPLE" AS THE UNWORTHY "RIFF RAFF"...

SO; WHAT IN THE NAME OF ALL THINGS GOOD AND OF GOD DOES THE LDS CHURCH LEADERS DO WITH THE REMAINING $14.95 BILLION DOLLARS IN ANNUAL INCOME? LOOK NO FURTHER THAN THE LAW OFFICES OF KIRKLAND ELLIS IN CHICAGO WHERE DALLIN "THE DICK" IS A LIFETIME EQUITY PARTNER OF THIS THIRD LARGEST FIRM IN THE ENTIRE WORLD DOING BUSINESS NOW IN OVER 15 COUNTRIES AND WHO ARE CURRENTLY "IN PROGRESS" OF ESTATE PLANNING THE HELL OUT OF THE WORLD SO AS TO FULFILL THIS ILLUMINATED BUNCH OF FELONS AT LARGE SECURE THEIR COSPLAY GOD FETISH AS "MASTER-BAITERS" AND RULERS OF THE UNIVERSE...

IF THE RESPECTIVE COURT AND JUDGE OF WYOMING AND ITS PROSECUTING ATTORNEY ARE "FOR ME"; THEY WILL IMMEDIATELY CONTACT THE PRESIDENT OF THE UNITED STATES AND GET HIM INVOLVED IN THIS MATTER AND THEY SHOULD REALIZE THAT "BROTHER WILLIAM BARR" IS THE ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA WHO REFUSED TO PROSECUTE THIS MATTER AGAINST HIS "BROTHERS UNDER THE SKIN" WHO ARE ALL TIED TO THE ILLUMINATI BLOOD LINES THROUGH THIS SAME LAW OFFICE OF KIRKLAND ELLIS; AKA THE "HQ" OF THE MORMON MAFIA.

THE ONLY THING STOPPING THE THUGS FROM GETTING AWAY WITH THE MASS MURDER OF THE WORLD IS PRESIDENT DONALD TRUMP WHOSE TOWER STANDS DEFIANTLY ACROSS THE STREET FROM THE HEADQUARTERS OF THE UNITED NATIONS BUILDING WHERE ONCE AGAIN IT IS YOU ARE EITHER FOR DEMOCRACY AND FREEDOM ON THE REPUBLICAN TICKET; OR YOU ARE FOR TYRANNY AND SLAVERY ON THE DEMOCRATIC TICKET AND THE RECENT TIES OF THE SON OF BIDEN TO THE CHINESE GOVERNMENT ARE JUST A TOUCH OF WHAT WILL HAPPEN IF WE LOSE PRESIDENT TRUMP IN THIS ELECTION BEFORE LIBERTY CAN BE RESTORED AND THESE FUGGING THUCKS SENT TO HELL FOR THE NEXT 1,000 YEARS...

THE DEFENDANTS ARE "ACTING" AS IF THEY ALREADY BELONG TO THE "NEW WORLD ORDER" AND ARE LITERALLY ACTING AS WHORES WHO ARE DENYING EVERY FREEDOM TO ITS VICTIMS WHILE FORGETTING THEY STILL PLEDGED ALLEGIANCE TO ONE NATION UNDER GOD AND TO UPHOLD THE ASSOCIATED LAWS, THEY REFUSE TO UPHOLD MAKING THEM CONSPIRATORS AND "TREASONOUS" BITCHES AND GODSPEED THE GUILLOTINE TO TIMES SQUARE...

IF ONLY THE UNITED STATES DISTRICT COURT JUDGES WOULD FORCE THE OBVIOUS "FORENSIC AUDIT" OF EVERY DROP OF ELIASON EIGHT, LLC OIL OVER THE PAST SEVEN YEARS; IT WOULD EXPOSE THIS ENTIRE NEW WORLD ORDER OF WHORES AND TO WHICH PIMP THEY BOW TO AND WHICH SLUT BOWS TO THEM IN THE "PYRAMID SCAM" OF JESUS CHRIST HIMSELF WEHREIN THE LITTLE RED EYE ON THE US DOLLAR LOOKING DOWN ON SOCIETY IS LITERALLY THE "COP" AND ITS "ROBBER" WHO ARE THE PROPHESIED "GADIANTON ROBBERS" SPOKEN OF IN LDS SCRIPTURE WHICH THE DEFENDANT FALSE PROPHET AND APOSTLES SHOULD HAVE STUDIED INSTEAD OF GETTING OFF ON "MEIN KAMPH" AND MURDERING MY MOTHER FOR INSURANCE PROCEEDS THEY SPLIT ALONG WITH THE OIL AS PART OF THE SPOILS. I ASSURE THE MEMBERS OF THE LDS FAITHFUL WHO SITTING "POOR LITTLE LAMBS" AWAITING THEIR SLAUGHTER THAT IT IS NO CONINCIDENCE THAT THE LAW OFFICE OF KIRKLAND ELLIS IS ALSO THE MOST PROFITABLE LAW FIRM IN THE WORLD ON A PER ATTORNEY BASIS WITH OVER 4,500 ATTORNEYS CLOCKING IN AT THE HALLS OF SHAME EACH DAY AT THE MONEY LAUNDERING OFFICES WHO ARE GETTING SOME SERIOUS SUB CONTRACTING AFFAIRS OF THE LDS CHURCH...

<u>THE ALIEN AGENDA</u>...

THE STATEMENTS MADE BY JOSEPH SPENCER ALSO INCLUDED THE AFFIRMATION THAT "CHEM TRAILS" WERE POISOINING OUR AIR AS WAS OUR WATER SUPPLY AS HE ATTESTED TO PERSONALLY DELIVERING THE CHEMICALS TO BOTH DENVER AND CHICAGO SO AS TO TARGET HUMANITY WITH VICIOUS TOXINS AND TO FORCE PREMATRURE DEATH AND CANCERS ON THEIR WAY TO "TOTAL WORLD DOMINATION" ...

THE MOST TROUBLING STATEMENTS OF ALL CONSIDERED THE PLANS FOR THE IMMINENT FUTURE WHICH ARE ALL DIRECTED TO CAUSE THE WORLD TO EXPERIENCE THE "FEAR OF GOD" IN THEIR HEARTS NOT KNOWING THEY WERE REALLY UNDER A VICIOUS TERRORIST ATTACK BY "THE CHURCH AND THE STATE" TO WHICH THEY HAVE BEEN MISLED AS INTELLIGENT AND ELITE CHILDREN OF GOD TO TRUST IN THEIR LEADERS WHO ARE "GODS OF FRAUD" AND HAVE CUT A DEAL WITH THE DEVIL AND WHO KNOW TO WHICH SIDE THEY BELONG..

I WANT EVERYONE READING THIS TO REMMBER THE HORROR OF THE TWIN TOWERS OF 9-11 AND ANYONE WHO WAS ALIVE REMEMBERS WHERE THEY WERE AND WHAT THEY WERE DOING JUST AS THOSE WHO WERE ALIVE THE DAY KENNEDY WAS SHOT NEVER FORGOT AND TO "DIGEST" THE FACT THAT THIS MAN AND FORMER CO-OPERATIVE OF DALLIN H OAKS STATED THE HORRORS OF THE ASSOCIATED MEMBERS OF GOVERNMENT SACRIFICING INNONCENT LIVES THEY PERMITTED IN ORDER TO OBTAIN TECHNOLOGY SUCH AS THE "HOLOGRAPHIC REALITY" THIS MAN SPOKE OF IN HIS MEMOIRS WHEREIN HE STATED HE LITERALLY WALKED INTO A US BUNKER AND SAW A B-1 BOMBER SUSPENDED IN AIR ABOVE HIS HEAD THAT WAS "FLAWLESS"... A "FLAWLESS HOLOGRAM".

WHY IS THIS SO SINISTER AND ADDS TO THE CREDIBILITY THAT DALLIN H OAKS IS THE "SON OF A BITCH SON OF DESTRUCTION"? REWIND THE "UNEDITED FOOTAGE" OF 9-11 AND BEHOLD A "HOLOGRAPHIC AIRPLANE" WHOSE WING "GLITHCHED AND DISAPPEARED" A SPLIT SECOND BEFORE HITTING THE TOWERS AND THE NOSE OF THE PLANE LITERALLY CAME OUT OF THE OTHER SIDE "UNSCATHED" FOR A BRIEF SECOND AS I KNOW PRESIDENT TRUMP HAS ALREADY SAID "WHAT THE FUCK?"

## THE PROPHET, SEER, AND HERR HIMMLER'S UTOPIAN SOCIETY

IMAGINE HOW HORRIFIC IT IS TO "AWAKEN TO YOUR AWFUL STATE" AND REWIND TO THOSE MASSIVE "SHOCK AND AWE" ASSAULTS ON IRAQ AND THEN UPON SADAM FOLLOWED BY OUR NATION'S DEVOTION TO WIPE OUT TERRORISM BY TAKEN OUGHT OSAMA BIN-LADEN WHO HAD NOTHING TO DO WITH THE ATTACKS...

ALL OF THOSE YEARS OF SENDING TROOPS TO WIPE OUT INNOCENT LIVES WHILE LOSING OUR VERY OWN SOLDIERS WHO HAD NO IDEA THAT THE REAL TERRORISTS WERE FORMER MEMBERS OF THE "SECRET ELITE SOCIETIES" KNOWN AS THE "SKULLS AND BONES" TO WHICH BOTH PRESIDENT GEORGE W BUSH AND GEORGE H BUSH BELONGED TO WHICH TEACHES ITS MEMBERS THAT THEY ARE TO UPHOLD "THEIR LAWS" ABOVE "ALL LAWS" INCLUDING THOSE OF MAN AND GOD...

BEHOLD THE FRUITS OF ALLOWING "THE ELITE TERRORIST CELLS" OF "JESUS CHRIST HIMSELF" TO COME HOME FROM COLLEGE WITH A JURIS DOCTORATE FROM AN IVY LEAGUE SECRET SATANIC SOCIETY WHICH IS HELL BENT ON WATHCING THE EARTH BURN AND THEN TO SELL THE ASHES OF THEIR VICTIMS AS THEIR ADMISSION TICKET TO HELL...

ANYONE WHO HAS STUDIED THE 9-11 CONSPIRACY THEORIES CAN BE ASSURED THE REASON THERE ARE TRACES OF EXPLOSIVES AND THE INDICATIONS THAT THE BUILDINGS WERE INTENTIONALLY IMPLODED IS BECAUSE THEY ARE NOT CONSPIRACIES; THEY ARE FACTS AND ONCE AGAIN TIE STRAIGHT BACK TO "THE SON OF DESTRUCTION" WHO BY THE WAY; IS ALSO IMPLIED IN THE ASSASSINATION OF PRESIDENT JOHN F KENNEDY WHO WAS MURDERED JUST 12 DAYS AFTER DEMANDING THE CIA DISCLOSE TO HIM "WHO ARE THE MAJESTIC TWELVE" AND WHAT IS THEIR FUNCTION. HE CLAIMED TO HAVE LEARNED WHAT WAS GOING ON AS A PLOT TO ENSLAVE HUMANITY AND WAS GOING TO STOP IT BEFORE IT COULD HAPPEN AND SIX DAYS LATER HE WAS SHOT WITH NAUSEATING EVIDENCE THAT GEORGE W BUSH WAS BEHIND THE ASSASSINATION OF HIS PRESIDENT AND HIS SON FOLLOWED THROUGH ON IRAQ IN ORDER TO DO UNTO THEM WHAT THEY DID UNTO "ME"...STEAL THEIR OIL...

THE REASON THIS IS CALLED THE "ALIEN AGENDA" IS BECAUSE OF WHAT JOSEPH SPENCER STATED "WAS YET TO COME" FOLLOWING THE DEVASTATION OF THE PANDEMIC KNOWN AS COVID-19. THESE MAGGOTS OF THE BILDEBERG LIFESTYLE HAVE REFINED THEIR ABILITY TO CREATE HOLOGRAPHIC IMAGERY SUCH AS WAS USED IN THE ATTACKS OF 9-11 AND ARE PLOTTING "THE SECOND COMING OF CHRIST" WHICH MAY OR MAY NOT HAVE ALREADY HAPPENED IN THE LDS TEMPLES BUT HE STATED THESE SCABS FESTERING ON SOCIETIES ASS WERE PLANNING AN "ALIEN INVASION" IN ORDER TO FORCE THE UNITED STATES INTO ACCEPTING ADMINTANCE INTO THE NEW WORLD ORDER OF BROTHELS AND WHORES WHICH WILL BE FOLLOWED BY DEATH CAMPS WHILE THE DEFENDANTS HOPE THERE IS NO SECOND COMING OF "THE LORD"...

THE EVIDENCE UNCOVERED BY JONATHAN BYSTROM  IN CHICAGO PROVES THE FAMILIES OF MITT "THE SHITT" ROMNEY AND DALLIN "THE JOAK" WERE RESPONSIBLE FOR THE MURDER OF JOSEPH SMITH WHICH IS WHY DALLIN H OAKS IMMEDIATELY WROTE A BOOK ON THE CARTHAGE MURDERS SO AS TO DIVERT AND DECIEVE THE HISTORY BOOKS INTO ERASING THE TRUTH JUST AS HE ERASED "ME" FROM HIS OWN ESTATES AND TRUSTS...

THE WORDS OF WHISTLEBLOWER LARS NIELSEN SHOW THE "SUDDEN DEATH" OF PRESIDENT BOYD K PACKER IMMEDIATELY FOLLOWING HIS DEMANDS OF ACCOUNTING FOR THE RECORDS OF THE "COP" TO WHICH HE WOULD BE PRESIDENT OF AS PROPHET IMMEDIATELY FOLLOWING THE DEATH OF PRESIDENT THOMAS MONSON... "POOF"

"THE FALSE PROPHET AND HIS ANTI-CHRIST" NOW ALSO CAN BE CONSIDERED NOT ONLY LIARS AND TYRANTS BUT ALSO THOSE WHO "MURDERED THE PROPHETS" AS WAS YET ONE MORE JOB DESCRIPTION FOR THIS MOST HATED POSITION OF ALL TIME KNOWN AS THE "SON OF PERDITION" ...

WHETHER OR NOT THE RESPECTIVE MEMBERS OF THE UNITED STATES DEPARTMENT OF JUSTICE BELIVE MY WORDS OR NOT; THE EVIDENCE IN THIS MATTER CANNOT BE DISMISSED THAT THE ESTATES OF MAX AND JOYCE ELIASON HAVE BEEN EMBEZZLED BY "THE COP" AND ITS "ROBBER" AND THIS BACKGROUND INFORMATION IS BEING PROVIDED SO AS TO PROVIDE REASONS FOR URGENCY...

## "THE ACCUSER"

SATAN'S TOP SNAKE A LA ANTI-CHRIST IS CALLED "THE ACCUSER" FOR A VERY GOOD REASON AS IS DEMONSTRATED BY "THE BOOK OF ME" AND CAN STATE UNDER OATH AND PENALTY OF DEATH THAT I DO NOT NEED TO EXAGERATE ONE FACT OR TO TELL ONE LIE; IF YOU WERE IN MY MIND AND SAW THROUGH MY EYES YOU WOULD BE ABLE TO DO NOTHING BUT CRY FOR THE VICTIMS WHO ARE BEING ASSAULTED EACH DAY VIA "ESTATE PLANNING MURDER" WHICH GOES UNCHALLENGED AFTER TWO YEARS OF MY CALLS FOR 911 EMERGENCY AND ONLY GETTING A RESPONSE FROM CORRUPT COPS OF "JESUS CHRIST HIMSELF"...

HERE I HAVE FILED THOUSANDS OF PAGES IN THE UNITED STATES DISTRICT COURTS OF UTAH, COLORADO, HAWAII, AND TEXAS WITH EVERY RESPECTIVE JUDGE SUDDENLY "GOING QUIET" AND HAVE A CASE ON THE DESK OF EACH RESPECTIVE JUDGE PROVING THE DEFENDANTS ARE GUILTY VIA "RES IPSA LOQUITUR" ON PAGE ONE AND WHICH SENDS THEM ALL TO JAIL FOR 1,000 YEARS AND RATHER THAN EVEN BEING ASSIGNED A PROSECUTING ATTORNEY; I HAVE BEEN "ACCUSED" OF BEING THE ONE WHO EXPLOITED AND ABUSED MY FATHER AND NOW HAVE AN FRAUDLENTLY PLACED THIRD DEGREE WARRANT FOR MY ARREST FOR VIOLATING A NON-EXISTENT STALKING ORDER ISSUED BY A CORRUPT COP NAMED WARENSKI WHO HAS LIED IN ORDER TO SUPPORT THE RIGHTS OF "THE ACCUSER"...

## "ONE WHO ELEVATES HIMSELF ABOVE GOD WITHIN THE WALLS OF THE HOLY TEMPLE..."

ANYONE WHO HAS BEEN "BREATHING" KNOWS THAT COUNTLESS MEMBERS OF SOCIETY IN LEADERSHIP POSITIONS HAVE BEEN CALLED "THE ANTI-CHRIST" AND/OR FALSE PROPHET WHICH CAN BE CONFUSING TO ANYONE WHO IS TRULY SEEKING FOR WHICH WITCH IS WHICH AND WHICH BITCH IS THE MOTHER OF ALL BITCH WITCHES OF CRIME...THE "ANTI-CHRIST" NEEDS TO BE IN A POSITION WHERE HE CAN PROTECT HIMSELF AND FEELS ENTITLED TO VIOLATE THE LAWS OF BOTH GOD AND MAN AND NEEDS TO DWELL BEHIND THE WALLS OF THE TEMPLE AND BE ARRESTED WITH HIS SIDE KICK-ASS "FALSE PROPHET"...

PRESIDENT RUSSEL M NELSON WAS PUT "INTO OFFICE" ALONG WITH HIS BOZO OF THE CIRCUS OF CORRUPTION ON THE SAME DAY IN 1984 AND HAVE WHORES FOREVER MORE SINCE THEN AND ARE NOW HOLDING HANDS AS MOBSTA'S AND GANGSTA'S OF DA HOUZE OF "KILL HER AND CON ME" WHERE ALL ONE NEEDS TO JOIN IS A PHD IN SLEAZEERY...

HE IS CONCEALING EVERY FELONY DISCUSSED IN THE 300 PAGE COMPLAINT MADE IN FEDERAL COURT AND "NO PROPHET OF MINE" WOULD EVER INTENTIONALLY STOP JUSTICE FROM BEING SERVED AGAINST THOSE WHO HAVE RAPED, PILLAGED, PLUNDERED, AND MURDER THE HOUSE OF MY FATHER AND THE LEGACIES THEY WERE GURANTEED TO PASS ALONG TO THEIR POSERITY AS ORDAINED AND ESTABLISHED BY THE FOUNDING FATHERS OF THIS UNITED NATION UNDER GOD WHICH SHALL NEVER FALL TO FILTHY ASS FRAUDS...

# THE URGENCY HEREIN FOR THE LIVES OF MY DAUGHTERS AND THAT OF MY FATHER...

JUDGE LINDA JONES OF THE THIRD DISTRICT COURT OF UTAH IS KNOWINGLY REFUSING TO REVERSE A WARRANT FOR MY ARREST AS THE DEFENDANTS ARE DESPERATELY TRYING TO HAVE ME ARRESTED AND SILENCED FOR THE REST OF MY LIFE WHICH WOULD BE IMMEDIATELY FOLLOWED BY THE LIVES OF MY DEAR DAUGHTERS...

I FILED A MOTION IN HER COURT ALMOST TWO WEEKS AGO AND SHE HAS NO INTENTION OF ALLOWING THIS AGGGRAVATED RETALIATION TO HAPPEN REGARDLESS IF THE ACTION IS CRIMINAL OR NOT; SINCE SHE IS CONSIDERED "AN OBSTRUCTION OF JUSTICE" AND HOPES THE DEFENDANTS HAVE ME KILLED OR SILENCED BEFORE MY STORY IS EXPOSED TO THE WORLD...

I HAVE ATTACHED THIS INFORMATION FOR THE BENEFIT OF SHOWING MY "AWFUL STATE" AND DESPERATION TO HAVE THIS MATTER FALL INTO THE HANDS OF AN HONEST JUDGE WHO CAN TAKE THIS FILTH AND STOP ITS TOXICITY FROM SPREADING TO OTHER VICTIMS WHO ARE ALREADY BEING "VICTIMIZED AND DESTROYED" BY THE "LAWYERS OF THE LORD..."

I AM FACING EVICTION AND THE FORECLOSURE OF MY OTHER HOME BY THE END OF OCTOBER AND EVERY ASSET AND CASH FLOW HAS BEEN ILLEGALLY CUT OFF HOPING THEY WILL FORCE ME OUT IN THE OPEN AND HAVE ME ARRESTED AND SUDDENLY HAVE "ONE, TWO, THREE STRIKES I'M OUT OF SOCIETY" AND MOST LIKELY USED AS A SATANIC RITUAL IN ONE OF DALLIN'S DARK FETISH ROOMS OF THE TEMPLES HE DEFILES ALONG WITH THE LAWS OF MY GOD, MY COUNTRY, AND "ME"...

AN EVICTION NOTICE FROM MY OWN PROPERTY?

I WAS SERVED WITH AN EVICTION NOTIFICATION ON OCTOBER 7TH, 2020 BY THE LAW OFFICES OF KIRTON MCCONKIE WHO AS YOU KNOW CANNOT ANSWER A SIMPLE "YES OR NO" QUESTION WITHOUT THE RESPECTIVE PARTNERS AND THE ENTIRE HEIRARCHY OF THE LDS CHURCH GOING TO PRISON FOR 1,000 YEARS FOR THEIR UNCHALLENGED 50 FELONY CRIMES WHICH EACH VIOLATE THE RICO ACT OF 1970 AND SPORT AN ASSOCIATED 20 YEARS FOR EACH VIOLATION... (ADD ANOTHER 20 FOR TRYING TO EVICT ME FROM MY OWN PROPERTY).

WHY DOES THIS MATTER TIE BACK TO YOU MY DEAR HONORABLE JUDGE LINDA JONES AND AUGUSTUS CHIN? BECAUSE YOU ARE BOTH KNOWINGLY CONCEALING THE FELONY DEFAMATION MADE AGAINST ME IN ORDER TO ROB ME OF MY FREEDOM TO WALK THE STREETS WITHOUT BEING ARRESTED FOR A FICTITIOUS THIRD-DEGREE STALKING CHARGE WHICH I FOUND I WAS ACCUSED AND FOUND GUILTY THROUGH LAWYER JUNK MAIL.

## <u>MY LACK OF RESPECT TOWARDS YOU AS LDS BRIBED HOES & WHORES</u>

IT IS NOT YOUR RIGHT TO ABUSE YOUR POWERS OF OFFICE AND DESICRATE THE SACRED DUTIES OF DISTRICT COURT JUDGES THAT ENABLE YOU TO COMMAND RESPECT; AU CONTRAIRE...YOU ARE COMMITTING CAPITAL TREASON AND CONCEALING OVER 50 FELONY CRIMES WHICH INCLUDES THE EUTHANASIA OF MY DEAR MOTHER AND THE ATTEMPTED MURDER ON MY LIFE MORE TIMES THAN I CAN COUNT AND WHICH AM UNABLE TO COMPLETE A POLICE REPORT DUE TO THE APPARENT STATUS OF "POLICE OFFICERS" OF JESUS CHRIST HIMSELF.

MY DEAR JOHN HOE JUDGE AND JANE WHORE JUSTICES WHO REFUSE TO PROSECUTE THIS MATTER KNOW WITHOUT A SHADOW OF A DOUBT THAT MY LABEL OF "DEFENDANT" HEREIN IS BUT ONE MORE FELONY OBSTRUCTION OF JUSTICE AND LAWLESSNESS WHICH UNDER GOD IS CALLED A "SIN".

I HAVE MORE RESPECT FOR THE DRIZZLE FALLING INTO THE GUTTER FROM A CRACK-HOE PROSTITUTE IN TIAJUANA THAN I DO FOR THE POLITICAL AND THE RELIGIOUS LEADERS OF THIS "NEW WORLD ORDER" OF BROTHELS AND WHORES WHO REFUSE TO PROSECUTE THE "ESTATE PLANNING MURDER" OF MAX AND JOYCE ELIASON AND TO EVEN DEMAND THE DEFENDANTS ANSWER A FUCKING YES OR NO QUESTION? IT WOULD BE DIFFICULT TO FIND SOULS AS WICKED AS THINE IN THE HALLS OF DEATH ROW WHEREIN MEMBERS OF SOCIETY HAVE COMMITTED CRIMES BUT SOME OF WHICH HAVE REPENTANT HEARTS AND SOULS WITH MORE LIGHT THAN THOSE OF THE PARTICIPANTS HEREIN WHO ARE NOTHING SHY OF BLACK HOLES.

QUESTION FOR THE COURT; "BROTHER ADOLPH HITLER" WAS A SELF-PROCLAIMED CHRISTIAN WHO STATED HIS ACTIONS WERE IN LINE WITH THE DIVINE CREATOR. "BROTHER DALLIN H OAKS" IS A SELF-PROCLAIMED LEADER OF THE "WORLD ELITE" SPORTING PRADA GARMENTS AND HOLDING A HOLY TEMPLE RECOMMEND TO PROVE HIMSELF WORTHY TO RULE OVER THE EARTH AS ITS "ONE WORLD STATE AND CHURCH".

IS IT THE ROBES YOU WEAR AS JUDGES AND JUSTICES THAT MAKE YOU IMMUNE TO CRITICISM AND INCARCERATION FOR YOUR CRIMES AGAINST HUMANITY JUST AS IS THE CASE WITH THE "GOD FRAUDER" HIMSELF WHO EACH RESPECTIVE JUDGE AND JUSTICE REFUSE TO DEMAND HE ANSWER A SIMPLE YES OR NO QUESTION REGARDING HIS ABUSE OF POWER AND HIS "RES IPSA LOQUITUR" GUILT ON PAGE ONE PROVING THE "COP" AND ITS "ROBBER" OF MCCONKIE TO BE SITTING IN CHECK MATE AND COMMITTING FELONY AGGRAVATED CONSPIRACY TO ABUSE AND EXPLOIT "ME".

## "WHICH WITCH IS WHICH..."

I WALKED INTO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH AND PLED FOR HELP UNDER THE GENERAL ASSEMBLY'S VICTIMS' RIGHTS RESOLUTION 40/34 REGARDING GROSS VIOLATIONS OF CIVIL RIGHTS AND ABUSE OF POWER BY THOSE IN OFFICE AND PRESENTED 300 PAGES OF ALLEGATIONS PROVING THE "COP" AND ITS "ROBBER" WERE VIOLATING THE RICO ACT OF 1970 MAKING THEM THE LARGEST DARK WEB OF CORRUPT MOBSTAS AND GANGSTAS EVER ASSEMBLED ON THE PLANET EARTH.

I DID SO FOLLOWING THE ADMISSION OF GUILT BY TOM MECHAM OF KIRTON MCCONKIE THAT THEY ILLEGALLY REPRESENTED MY SISTER AS SOLE TRUSTEE WHILE MY FATHER "ME" IS STILL ALIVE AND BREATHING AND THE RESPECTIVE "CREATOR, SETTLOR, AND TRUSTEE" OF THE MAX AND JOYCE ELIASON ESTATES AND TRUSTS DATED OCTOBER 28TH, 2015.

I STAND "PRO-SE" IN FRONT OF THE COURT BECAUSE THE "LORD'S LAWYERS" OF "KILL HER AND CON ME" WHICH SEEK TO EVICT ME FROM MY OWN HOME ARE ILLEGALLY REPRESENTING MY TWO SIBLINGS AND THEIR SPOUSES AND NOT UPHOLD THEIR FIDUCIARY DUTY TO "ME" AND MY FATHER'S HOUSE AS PER THE MOST SACRED DUTY EVER WRITTEN CALLED "FIDUCIARY" AS EXPLAINED BY CHRIST WHEN HE STATED "A MAN CANNOT SERVE TWO MASTERS...YOU CANNOT SERVE BOTH GOD AND MAMMON" NOR CAN "THE COP AND ROBBERS" SERVE "ME" AND "THE STEPHENS".

THE ONLY CRIME TO WHICH I CLAIM GUILT AS A DEFENDANTS IS TO HAVE ASSUMED MY SIBLINGS LOVED ME UNCONDITIONALLY AND THAT THE "LORD'S LAWYERS" AND THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' HAD AT LEAST ONE HONORABLE MAN STANDING WITHIN THE FIRST PRESIDENCY AND THE QUORUM OF THE TWELVE APOSTLES.

## THE BUT/FOR TEST OF LAW AS IT PERTAINS HEREIN:

BUT FOR THE INTENTIONAL RAPE, PILLAGE, PLUNDER, AND MURDER OF "ME" AND MY FATHER'S HOUSE; THIS MATTER COULD NOT HAVE EXISTED FOR I WOULD NEVER HAVE NEEDED TO CONTACT MY FRAUDULENTLY NAMED "SOLE TRUSTEE" SIBLING AND "MOTHER OF ALL BROTHERLY

BETRAYING WHORES" TO WHOM I OWE THE SAME RESPECT
AND MERCY SHE SHOWED ME AND MY GIRLS.

LET THE RECORDS OF THE COURT AND THE EYES OF HISTORY
SHOW THE SCABS WHO DWELL DEEP IN THE ASS OF SOCIETY
SUCKING THE FILTHY SPOILS OF THIS "WORLD ELITE"

I.    DALLIN H OAKS IS THE HIGH MANAGERIAL AGENT OF THE
      CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST
      OF LATTER-DAY SAINTS AND THE TRUSTEE OF THE "COP".

II.   THE LAWS OF "AGENCY" REGARDING CORPORATE OFFICER LIABILITY
      MAKE EVERY CORPORATE OFFICER, LEADER, AND HIGH MANAGERIAL
      AGENT OF THE "COP" RESPONSIBLE ON A CIVIL AND CRIMINAL BASIS
      FOR THE ACTIONS OF ITS AGENT.

III.  BROTHER DALLIN H OAKS DEDICATED THE LAW OFFICES OF KIRTON
      MCCONKIE ON APRIL 12TH, 2012 WHEREIN THESE FINE UPSTANDING
      COCKROACHES SUCKING FROM THE ASS OF SOCIETY WERE CALLED
      "THE LAWYERS OF JESUS CHRIST HIMSELF" THEREBY CREATING AN
      UNDENIABLE "APPARENT AUTHORITY" TOWARDS ANY THIRD-PARTY
      VICTIMS OF "THE AGENT AND GADIANTON ROBBER" AND ALL
      LIABLITY RETURNS TO "THE COP" VIA THE LAWS OF "RESPONDEAT
      SUPERIOR".

IV.   THE LAWS SURROUNDING "VICARIOUS LIABILITY" TOWARDS EVERY
      HIGH MANAGERIAL AGENT AND MEMBER OF SOCIETY WHO IS OPENLY
      CONCEALING THE ACTIONS OF THIS NEW "STATE OF THE ART FORM
      OF HOLY SATANIC SOCIETY WITH A TWIST OF NAZI ILLUMINATI"
      MIXED IN.

V.    EVERY PARTICIPANT IN "THE NEW WORLD ORDER" OF "BROTHELS
      AND WHORES" IS CHARGED WITH EVERY CRIME WHETHER THEY
      PARTICIPATED IN ITS ACTION OR NOT.  THIS LAW WAS CREATED IN
      ORDER TO DETER A "GETAWAY CAR DRIVER" FROM PARTICIPATING IN
      RACKETEERING AND ORGANIZED CRIME.

VI.   THIS MATTER WAS FILED UNDER THE CIVIL PROVISION OF THE RICO
      ACT OF 1970 WHICH PROVIDES 20 YEARS OF FEDERAL PRISON FOR
      EACH OF THE 50 VIOLATIONS (WHICH IS NOW MORE THAN A 100) AND
      WHICH SENDS THIS ENTIRE "SECRET SATANIC SOCIETY" TO HELL AND
      FEDERAL PRISON FOR A VERY PROPHETIC 1,000 YEARS.

VII. EVERY PERSON WHO IS LINKED INTO THIS MATTER IS CHARGED WITH THE FULL AMOUNT OF CRIMINAL AND CIVIL PENALTIES WHICH INCLUDES TREBLE DAMAGES ACCRUED JOINT AND SEVERALLY.

VIII. EVERY JUDGE LISTED ON THE FRONT OF THIS DOCUMENT ARE KNOWINGLY PROTECTING "THE CHURCH" WHILE ALSO KNOWING THE PRESIDENT OF THE UNITED STATES OF AMERICA WAS ALMOST IMPEACHED FOR HIS "ABUSE OF POWER" FOR UNKNOWINGLY FIRING SOMEONE THAT WAS APPARENTLY OUTSIDE OF HIS "JOB DESCRIPTION". THE VERY SAME WEEK OF THIS IMPEACHMENT; SENATOR MITT ROMNEY'S COUSIN PARK ROMNEY WAS SABOTAGING THE CASE AGAINST "THE CHURCH" WHILE "MITT THE SHITT" WAS VOTING TO IMPEACH DEMOCRACY WHILE CONCEALING THE "GOD FRAUDER" OF TYRANNY.

IX. EVERY POLITICAL AND RELIGIOUS LEADER IN UTAH AND SURROUNDING STATES WHO PROTECT THIS "ONE WORLD RELIGIOUS LEADER" IS COMMITTING CAPITAL TREASON AND ARE CONSIDERED CONSPIRATORS IN NOT ONLY THE "ESTATE PLANNING MURDER" OF MAX AND JOYCE ELIASON; BUT THEIR KNOWING PROTECTION OF THIS "PRINCE OF LIES" AND "SON OF PERDITION" WHO IS PROVEN TO BE TIED TO THE UNITED NATIONS "NEW WORLD ORDER" AND WHICH IS PROVEN IN THIS MATTER HAS BEEN RESPONSIBLE FOR LAUNCHING THE PANDEMIC KNOWN AS "COVID-19".

X. THE DEFENDANTS SHOULD PUT DOWN THEIR COPIES OF "MEIN KAMPH"; LOOK IN THE MIRROR, AND BEHOLD THE FACES OF THOSE WHO BELONG TO THE CHURCH OF SATAN AS SPOKEN OF IN THE BOOK OF MORMON WHICH CALLS THEM "THE MOTHER OF ALL ABOMINATIONS AND THE WHORES OF ALL THE EARTH" AND TO WHICH I BEAR TESTIMONY IS THE "PURE TRUTH" AND IF YOU DOUBT MY WORDS; JUST TASTE OF THEIR FRUIT AND THEN ASK "ME".

JUDGE LINDA JONES OF UTAH SHOWS ME AS A DEFENDANT IN UTAH AND KNOWINGLY ISSUED A "WARRANT FOR MY ARREST" WITH THE COMPLETE UNDERSTANDING THAT BOTH "ME" AND MY FATHER'S HOUSE ARE VICTIMS WHO ARE BEING ILLEGALLY PROSECUTED AND RETALIATED AGAINST WITHOUT JUST CAUSE...

LET "ME" AND "MY FATHER" GO… AND MAKE "THE COP" AND "THE ROBBER" GIVE US BACK OUR FUCKING OIL!

## SCRIPTURE AND MEDITATION BREAK FOR "HOLY WHORES"

MY DEAR DEFENDANTS OF THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND ITS AGENT OFFICE OF KIRTON MCCONKIE PC NOW OFFERING THE "CRAZY CRAIG" TWO FOR ONE ESTATE SCAMMING SPECIAL WITH FREE MORPHINE TO TAKE OUT "THE BITCH" BEFORE THE ILLEGALLY PLACED LIFE INSURANCE POLICIES EXPIRE AND COMES WITH OUR "LORD'S LAWYER" GUARANTEE OF PRADA SPORTING "HELL'S ANGELS" AND ASSASSINS FOR HIRE; LET US SIT TOGETHER IN PRAYER AND READ FROM THE BOOK OF MALACHI CHAPTER 3:8-9 SHALL WE?

Will A Man Rob God? Yet Ye Have Robbed "ME". But Ye Say, Wherein Have We Robbed Thee? In Tithes and Offerings. Ye Are Cursed with A Curse: For Ye Have Robbed ME, Even This Whole Nation… (We The People)

UHH, "BRETHREN, I THINK YOU SHOULD THINK ABOUT WHERE IN THE HELL THE MISSING $300 - $400 BILLION OF TITHES AND OFFERINGS HAVE DISSAPEARED TO THROUGH THE LAUNDROMAT OF KIRTON MCCONKIE AND KIRKLAND ELLIS WHICH YOU HAVE USED TO FULFILL A TWISTED SISTER FETISH OF WORLD DOMINATION A LA ILLUMINATI AND FREE MASONS…THIS

SCRIPTURE WAS WRITTEN JUST FOR YOU OH MEN FROM HELL WHO CANNOT STAND IN THE PRESENCE OF ONE WHOSE WORDS CONDEMN THEM FOR BEING NOTHING BUT TRUE....."DO YOU SERVE ME?"

## THE EVICTION NOTICE FROM KIRTON MCCONKIE

ABRAHAM LINCOLN ONCE STATED THAT "ANYONE WHO SEEKS TO REMOVE THE FREEDOMS OF AN INDIVIDUAL DOES NOT DESERVE IT FOR THEMSELVES". YOUR HONOR; YOU HAVE ILLEGALLY REMOVED MY FREEDOMS THROUGH YOUR REFUSAL TO RESCIND THE WARRANT FOR MY ARREST AND MAY GOD GRANT ME THE GIFT OF SEEING THIS STATEMENT BY "HONEST ABE" COME TO PASS AGAINST THE "GOD FRAUDER" HIMSELF AND HIS LEGION OF WICKED ASS LAWYERS AND JUDGES SUCH AS YOURSELF REFERRED TO AS "SPIRITS OF LIGHT" THAT SURROUND BIG BAD BEELZEBUB BITCH KNOWN AS "DALLIN THE DICK"...

I THINK MY DARLING SISTER AS THE "FALSE TRUSTEE" AND MOTHER OF ALL MUDUSSAS WOULD GIVE UP HER LEFT NUT IN ORDER TO SEE ME ARRESTED AND I'M CERTAIN DALLIN WOULD GIVE UP ONE OF HIS HORNS TO ENSURE MY STORY NEVER REACHES THE "LIGHT OF DAY" (HE WOULD BUY ANOTHER THE NEXT DAY VIA EMBEZZLED TITHES AND OFFERINGS SO NO BIG DEAL FROM HIS POINT OF VIEW).

## LET'S REVIEW THE FOLLOWING FACTS SURROUNDING THIS RECENT ACTION:

A. WHAT KIND OF WHORE EVICTS SOMEONE FROM HIS OWN RESIDENCE KNOWING THEY HAVE ROBBED HIM OF EVERY ASSET, CASH FLOW, AND FREEDOM TO WALK THE STREETS LEAVING HIM NO PLACE NOR HIS DAUGHTERS TO GO DURING THE MIDDLE OF A PANDEMIC?

B. WHAT KIND OF A PERSON WHO CLAIMS TO BE "HUMAN" AND SITS AS A DISTRICT JUDGE STANDS BACK AND WATCHES THE HOUSE OF MY FATHER BURN WHILE VICTIMS INSIDE SCREAM FOR YOUR HELP?

C. THE EVICTION DOES NOT STATE BASIS BY WHICH IT IS BEING MADE BY KIRTON MCCONKIE BUT PERMITS ME LESS THAN 30 DAYS TO GET OUT WHILE YOU KNOWINGLY CONCEAL AN ILLEGAL WARRANT FOR MY ARREST?

D. THE LAWS OF EVICTION ALLOW ONE TO BE KICKED OUT IF THE LANDLORD FINDS THEIR TENANT TO BE CHARGED WITH A FELONY. IF THIS IS THE CASE "YOU ARE CRIMINALLY WRONG".

E. THE LAWS OF EVICTION ALLOW ONE TO BE KICKED OUT FOR NON PAYMENT TO THE LANDLORD... IF THIS IS THE CASE; LET THE RECORD SHOW THAT "I AM THE LANDLORD AND OWNER" OF THIS HOME MY MOTHER BOUGHT FOR ME AND WHICH KIRTON MCCONKIE ILLEGALLY REMOVED MY NAME AS A 33% OWNER OF ELIASON ENTERPRISES AND ELIASON EIGHT LLC THEREBY RAPING MY OWN ESTATE OF OVER $50 MILLION IN VALUE AND THEY HAVE NO DEFENSE FOR THEIR CRIMES.

THIS IS NOT A REQUEST "YOUR HONOR" IT IS A DEMAND THAT YOU UPHOLD THE UNITED STATES CONSTITUTION AND THAT YOU PROVE YOURSELF TO BE HUMAN BY RESCINDING THE WARRANT FOR MY ARREST WHICH IS EASILY PROVEN TO BE EXECUTED BY A CORRUPT FELON AT LARGE COP WHO WENT TO HIGH SCHOOL WITH DEFENDANT BRYAN STEPHENS AND SAID WARRANT BEING A LIE REGARDING THE ALLEGATIONS UPON WHICH YOU HAVE SYMPATHETICALLY AGREED TO AS YOUR "PROSTITUTION ORDERS"; N'EST-CE PAS?

DOES THE READER NOT FIND THERE TO BE AN ISSUE WITH A JUDGE WHO REFUSES TO EVEN ASK THE DEFENDANT CORPORATION OF THE PRESIDENT AND ITS THUCKING FUGGS OF KIRTON MCCONKIE WHAT IN THE HELL DID

**THEY DO WITH THE MISSING $200 MILLION ESTATES OF MY PARENTS?** FUBAR AND WTF ARE YOU THINKING "YOUR HONOR"?

## WARRANTS BY WARENSKI IF THE BRIBE IS RIGHT BY MR WRIGHT OF THE DEN OF KMC "SLEAZE AND SLAUGHTERHOUSE..."

MY DEAR ASS MAGGOTS OF THE WHOREABLE COURTHOUSE OF THE FOURTH REICH OF LATTER-DAY ASSASSINS WHO HAVE EACH PLEDGED THEIR ALLEGIANCE TO ONE NATION UNDER TYRANNY WITH NO SIGN OF GOD INCLUDED THEREWITH, WEREFORE, OR THEREIN... IT CAME TO PASS THAT THY FRUIT AND BREATH ALL REEK OF FILTHY DALLIN H OAKS' ASS...

I AM DISINCLINED TO RESPECT A "WARRANT BY WARENSKI" WHEN EXECUTED BY THIS CHEAP ASS WIPE DETECTIVE DRIPPING IN CORRUPTOIN AND A FELON AT LARGE HIMSELF AND GRADUATE FROM OLYMPUS HIGH SCHOOL AS A CLASSMATE OF BOTH OF THE DEFENDANTS MARK D ELIASON AND BRYAN STEPHENS WHO KNOW THEY GO TO PRISON UNLESS THEY CAN BRIBE THEIR WAY INTO HAVING MY VOICE SILENCED AT ANY PRICE IT TAKES...

MY DEAR JUDGE OF JESUS CHRIST LINDA JONES, YOU EXECUTED A WARRANT FOR MY ARREST ON AFTER REVIEWING THE FACTS WHICH INCLUDED THE "INTENTIONAL OR KNOWING VIOLATION OF A VALID STALKING INJUNCTION ISSUED PURSUANT TO TITLE 77, CHAPTER 3A, OR A PERMANENT CRIMINAL

# STALKING INJUNCTION ISSUED PURSUANT TO UTAH CODE 75-5-106.5... I CALL "FUBAR" ON YOU MY "HONORABLE GETAWAY CAR DRIVER".

I AM ATACHING A COPY OF EXHIBIT "V" WHICH I BELIEVE YOU HAVE ALREADY RECEIVED AND WHICH HAS ALREADY PROVEN THE CORRUPTION OF THE FILTHY CRIMINAL JUSTICE SYSTEM TO WHICH YOU BELONG WHEREIN I HAVE BEEN UNABLE TO SECURE A PROSECUTING ATTORNEY FOR OVER 50 FELONY CRIMES TO WHICH THE DEFENDANT "COP" AND ITS ASS SUCKING "ROBBER" ARE NOT REQUIRED TO RESPOND TO ONE YES OR NO QUESTION REGARDING THE LEGALITY BY WHICH THEY REPRESENT BRYAN AND LISA STEPHENS WITHOUT COMMITTING A SECOND DEGREE CONSPIRACY TO ABUSE AND EXPLOIT MAX AND JOYCE ELIASON AS THEY HAVE BEEN EMPOWERED BY YOUR STYLE OF SLEAZERY TO WALK THE STREETS FREELY WHILE I STAND "IMPRISONED" LIKE ANNE FRANK AND BY THE SAME POLITICAL AGENDA THAT WOULD MURDER ANYONE WHO SPOKE THE TRUTH AGAINST "MEIN FURHOR" THE WHOREOR BUT YOUR KING AND GOD; SIR DALLIN...

YOU WILL NOTE IN THE EVIDENCE THAT THERE IS NO STALKING INJUNCTION IN PLACE PURSUANT TO UTAH CODE 75-5-106.5 BUT RATHER A FILTHY "CEASE AND DESSIST" LETTER ISSUED BY ONE OF KMC LAW'S FILTHY PARTNERS NAMED R. DAVID BISHOP WITH NO LEGAL BASIS OR STATE APPROVAL FOR THEIR ALLEGATIONS WHICH ARE FELONIOUS JUST AS ARE THE SOULS WHICH HAVE BEEN SOLD TO THE SATANIC SOCIETY OF "JESUS CHRIST HIMSELF" NOT TO BE CONFUSED WITH THE ONE SPOKEN OF IN THE NEW TESTAMENT.

I WOULD ADMONISH YOU TO REVIEW THE INFORMATION UNDER UTAH CASE NUMBER 183901323 JUDGE ROYAL HANSEN WHEREIN THE DEFENDANTS SOUGHT TO OBTAIN SAID "RESTRAINING ORDER" SO AS TO STATE THAT I VIOLATED IT BY CONTACTING THE PERSON ILLEGALLY DESIGNATED AS "SOLE TRUSTEE" BY THOSE "ILLEGALLY" PROFESSING TO HAVE REPRESENTED MAX AND JOYCE ELIASON ON A "CLIENT/ATTORNEY" BASIS BUT INSTEAD RAPED, PILLAGED, PLUNDERED, AND MURDERED THEM" AND YOU SIT ON YOUR FILTHY ASS COMMITTING RETALIATION AGAINST THE VOICE OF THE ONLY AGENT AND ATTORNEY-IN-FACT OF MAX D EIASON WHO SITS UNDER AN ILLEGAL HOUSE ARREST THANKS TO YOUR STYLE OF THUCKERY YOU CALL "JUSTICE" BUT IS REALLY "CORRUPTION"... JUDGE ROYAL HANSEN REFUSED TO ISSUE SAID "RESTRAINING ORDER" AND REALIZED JUST AS HAD JUDGE FAUST THE PRIOR YEAR THAT THOSE ACCUSED WERE REQUIRED BY LAW TO BE

NOTIFIED OF THEIR CHARGES AND BE "INVITED TO ATTEND" A HEARING WHICH THREATENED TO ELIMINATE THEIR FREEDOMS FOREVER AS IS THE CASE HEREIN AND WHICH IS THE GOAL OF THE "WHOREDOMS" OF JESUS CHRIST HIMSELF…HOW DARE YOU BETRAY MY GOD, MY COUNTRY, AND A MAN LIKE "ME"…DAMN THEE!

IF YOU ARE GOING TO UPHOLD THIS "WARRANT FOR MY ARREST" AND TO SUPPORT THE EVICTION FROM MY OWN PROPERTY; THERE IS NOTHING I CAN DO BUT SWEAR UNTO YOU THAT YOU WILL NEED TO KILL "ME" AND MY FATHER'S HOUSE TO SHUT MY MOUTH AND THE VOICES OF MY INNOCENT AND PRECIOUS DAUGHTERS YOU MURDER ALONG WITH ME FROM SCREAMING FROM EVERY BOOK I WRITE AND VIRAL YOU-TUBE VIDEO I MAKE WHICH SHALL PUT YOU IN A CHAPTER OF YOUR OWN FOR WHAT YOU HAVE DONE AS SLEAZE UNTO "ME"…

THE EVICTION NOTIFICATION FROM KIRTON MCCONKIE DOES NOT STATE A FINANCIAL RESTITUTION NEEDED NOR SHOULD IT SINCE I LEGALLY OWN IT THEREBY IT IS MOST LIKELY THAT KMC LAW AND MY DARLING SIBLINGS ARE TRYING TO GET ME EVICTED BASED UPON SAID "THIRD DEGREE FELONY" WHICH BY THE WAY IS FOLLOWING ME AS A VICTIM CRYING "FOUL" TO THOSE WHO EMBEZZLED THE $200 MILLION ESTATES OF MY PARENTS AND WHO ARE ASSAULTING MY DAUGHTERS WHICH I SEE AS NO DIFFERENCE FROM THEM BEING RAPED.

THE EVIDENCE SPEAKS RES IPSA LOQUTUR ON PAGE ONE; AND YOU KNOW THIS TO BE FACT JUDGE JONES AND JUDGE CHIN… THE CASE ASSOCIATED WITH JUDGE CHIN WAS MADE BY MY DARLING NIECE WHO NEVER PROVIDED HER NAME AND YET AS AN ANONOMOUS PLAINTIFF WAS ABLE TO OBTAIN A PROSECUTING ATTORNEY AND HAVE A DISTRICT JUDGE ENFORCE A HEARING WHEREIN I DEMANDED THE DISMISSAL WITH PREJUDICE AND BOTH CHIN AND THE PROSECUTOR FOR THE STATE OF UTAH PRETENDED LIKE THEY HAD NO IDEA WHAT WAS GOING ON AND MOVED THE HEARING UNTIL JANUARY KNOWING I SIT UNDER ILLEGAL HOUSE ARREST SINCE JUNE 12TH, 2020 WHEN THIS GROUP OF THUCKING FUGGS COMMITTED OBSTRUCTION OF JUSTICE BY FILING THESE

COMPLAINTS IN ORDER TO BLOCK THE PROSECUTION OF THIS MATTER IN THE SCHEUDULED "INJUNCTION HEARING" WHICH WAS TO HAPPEN IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII THEREFORE REQUIRING THE DEFENDANTS TO MAKE CERTAIN I WAS CONSIDERED A "WANTED FUGITIVE" WHO COULD NOT BOARD THE PLANE?

## JUDGE LINDA JONES AND JUDGE AUGUSTUS CHIN,

YOU ARE EITHER "FOR ME" OR "AGAINST ME"; THERE IS NO IN BETWEEN. "AND IF IT SEEMS EVIL; CHOOSE YOU THIS DAY WHOM YE SHALL SERVE…"

THE DEFENDANTS CANNOT RESPOND TO THE CHECKMATE ON PAGE ONE OF THE COMPLAINT WHICH SITS ON COUNTLESS DESKS OF UNITED STATES DISTRICT COURT JUDGES; EACH OF WHICH REFUSE TO SCHEDULE A HEARING OR ASK THE DEFENDANTS A SIMPLE YES OR NO QUESTION OF "DO YOU SERVE ME"?

THIS CASE CAN BE SUMMARIZED BY:

THE LAWS OF GOD, WE THE PEOPLE, AND A MAN LIKE "ME"

VS

THE LAWLESSNESS OF FRAUD, THE SECRET WORLD ELITE, AND "SLEAZE"

IF YOU "SERVE ME"; YOU WOULD ADHERE TO THE LAWS OF THE CONSTITUTION AND ASSIGN A PROSECUTING ATTORNEY AND UPHOLD YOUR DUTY AND OATH SWORN UNDER ONE NATION OF GOD…

IF YOU SERVE "SLEAZE"; YOU CONTINUE TO PROTECT THE "PRINCE OF LIES" EVEN THOUGH THE CIRCUS OF CORRUPTION HAS NO POSSIBLE DEFENSE FOR OVER 50 FELONY CRIMES AGAINST "ME" AND MY FATHER'S HOUSE AND SENDS THE DEFENDANTS TO JAIL FOR THE NEXT 1,000 PROPHETIC YEARS WHERE THEY CAN SUCK ON EACH OTHER'S FRUIT UNTIL THEY DIE FROM TOXIC HYPOCRITICAL ASS POISONING.

YOU HAVE AT YOUR DISPOSAL THE MEANS TO HAVE THE MOST CORRUPT AND HYPOCRITICAL LEADER IN THE HISTORY OF THE WORLD ARRESTED BEFORE HE COMPLETES HIS AGENDA OF MASS HUMAN EXTINCTION WITH HIS BUDDIES FROM THE "NEW WORLD ORDER" AND ILLUMINATI AND YET THE "RESPECTIVE JUDGE" PREFERS TO GO TO JAIL AND PACK THEIR "RESPECTIVE FUDGE".

DEFENDANT BRETT L ELIASON HEREBY SUBMITS THIS RESPONSE AND COUNTER-COMPLAINT AGAINST THE STATE OF UTAH, LISA STEPHENS, THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; ITS CORPORATE OFFICERS AND LEADERS INCLUDING THE FIRST PRESIDENCY AND THE QUORUM OF THE TWELVE APOSTLES, THE LAW OFFICES OF KIRTON MCCONKIE PC AND ITS HIGH MANAGERIAL AGENTS THEREOF, AND THE LEGION OF CORRUPT POLITICAL AND RELIGIOUS LEADERS WHO FILED THIS COMPLAINT FOR NO OTHER REASON THAN TO COMMIT YET ONE MORE SECOND DEGREE FELONY COUNT OF "CONSPIRACY TO COMMIT AGGRAVATED RETALTION AGAINST THE VICTIMS WHO ARE ALREADY VICTIMS OF AGGRAVATED ABUSE AND EXPLOITATION OF VULERABLE ADULTS AND CHILDREN.

THE DEFENDANTS ARE HEREBY NOTIFIED THAT THIS ACTION IS CONSIDERED TO BE YET ONE MORE SECOND DEGREE FELONY CONSPIRACY TO COMMIT AGGRAVATED OBSTRUCTION OF JUSTICE AS DEFINED BY VARIOUS FEDERAL AND STATE LAWS AND THAT THEIR ALLEGATION OF THIRD DEGREE FELONY STALKING CHARGES AGAINST PLAINTIFF WITH AN ASSOCIATED WARRANT BEING ISSUED FOR HIS

30

ARREST SIX DAYS AFTER AN INJUNCTION HEARING WAS SCHEDULED IN THE UNITED STATES DISTRICT COURT OF HAWAII ARE VIOLATIONS OF EACH OF THE FOLOWING US CODES RESPECTIVELY:

## 18 U.S. Code § 1510 Obstruction of Criminal Investigations

Whoever willfully endeavors by means of bribery to obstruct, delay, or prevent the communication of information relating to a violation of any criminal statute of the United States by any person to a criminal investigator shall be fined under this title, or imprisoned or both.

## 18 U.S. Code § 1511 Obstruction of State or Law Enforcement

It shall be unlawful for two or more persons to conspire to obstruct the enforcement of the criminal laws of a State or political subdivision thereof, Whoever violates this section shall be punished by a fine under this title or imprisonment or both.

## 18 U.S. Code § 1513 Retaliating Against a Witness, Victim, or an Informant

Whoever conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy. A prosecution under this section may be brought in the district in which the official proceeding (whether pending, about to be instituted, or completed) was intended to be affected, or in which the conduct constituting the alleged offense occurred. Whoever knowingly, with the intent to retaliate, takes any action harmful to any person, including interference with the lawful employment or livelihood of any person. Whoever conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy.

## 18 U.S. Code § 1514. Civil Action to Restrain Harassment of a Victim or Witness

A United States district court, upon application of the attorney for the Government, shall issue a temporary restraining order prohibiting harassment of a victim or witness in a Federal criminal case if the court finds, from specific facts shown by affidavit or by verified complaint, that there are reasonable grounds to believe

that harassment of an identified victim or witness in a Federal criminal case exists or that such order is necessary to prevent and restrain an offense under section 1512 of this title, other than an offense consisting of misleading conduct, or under section 1513 of this title.

**Dear Honorable Linda Jones, (PRIOR CORRESPONDENCE IN UTAH)**

You have been assigned to this matter and have issued a warrant for my arrest based upon testimony and evidence provided by Lisa Stephens who has alleged whatever it is that she has proved and deemed necessary in order to prove to you and society that every aspect and role in my life has been compromised including my integrity and credibility as a Plaintiff, Victim, Beneficiary, Trustee, Agent, Son, Petitioner, Nephew, Uncle, Father, Brother, Friend, Business Owner, and member of humanity which has resulted in the complete removal of every god given right under the Constitution and the associated Bill of Rights.

My question surrounding your appointment to this matter can be answered immediately by your response to my counter-complaint which adjoins the thousands of pages which I have already provided to the Third District Court of Utah and the United States District Court for the Districts of Utah, Hawaii, Colorado; and now includes both the Utah Supreme Court and the Supreme Court of the United States with William Barr as the Attorney General of the United States now being included in what is unfolding to be a "Circus of Corruption" which is being run by some wicked-ass clowns that should strike fear into the heart of civilization and mankind for its threat to the National Security of this country and for the entire World as will be

exposed in the thousands of pages of supporting evidence I have accumulated over the past two years since the lawyers of "Jesus Christ Himself" admitted guilt to illegally representing my siblings and their spouses as clients; which they continue to do today in complete defiance of State and Federal Law.

## "CHOOSE YOU THIS DAY WHOM YE SHALL SERVE..."

I understand the implications and the allegations by which you felt justified in issuing a warrant for my arrest; and shall afford you all due respect under the assumption that you are going to be the first Judge I have met in two years who demonstrate that integrity is still held up in society as a 'good' thing; and that if I meet enough judges within the State of Federal Judicial System that eventually I will find an honest human being with compassion for humanity and who is willing to uphold their sacred oath they made to both Democracy and this Nation formed under God.

With that in mind; you will find upon your review of the thousands of pages within the respective State and Federal Courts that the Defendants cannot answer a simple "yes or no" question as it pertains to the Second Degree Felony Conspiracy to Commit Aggravated Breach of Fiduciary Duty to my parents Max and Joyce Eliason not to mention a single response to my 300 page and growing complaint which demonstrates the Defendants are concealing the most evil web of "Mafiacracy" in the history of the world.

How repulsive is a group of Trusted Political and Religious Leaders that are using God as a marketing tool and fraud as a weapon by which the innocent once upon a time supposed "clients" are turned to victims overnight. I do not have the luxury of waiting for a Judge to "review" this matter nor should I or the other victims be submitted to one more demonstration of retaliation and humanity at its worst.

After you review the evidence and as I continue to forward an additional 2,500 pages of various supporting evidence should you so desire; I hereby inform you that I am going to forward a Proposed Order by which you will concur that the actions herein are criminal and that you will immediately rescind the warrant for my arrest under **18 U.S. Code § 1514 Civil Action to Restrain Harassment of a Victim or Witness** to which I am a victim of as part of my filing of this matter within the United States District Court for the District of Hawaii (who illegally dismissed this matter without prejudice this week despite the Jurisdiction and Venue being correct for this type of RICO Act filing under the Civil Provisions of 1970.

I am also forwarding a separate motion for a Default Summary Judgement against the Defendants Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and the Law Office of Kirton McConkie for their admitted Second Degree Felony Breach of Fiduciary Duty to Max and Joyce Eliason and for you to execute a Court Order for the listed Defendants to account for the embezzled $200 Million Estates of my parents and to restore every drop of oil, and every dollar in every account as if the "Estate Planning Murder" had never existed.

You will find within the evidence the irrefutable proof that the entire relationship was consummated under "Fraudulent Misrepresentation" as my brother-in-law Bryan Stephens and my dear sister decided 33% was not enough and committed what will prove to be the largest bribery in world history which empowered Kirton McConkie and the Leaders of the LDS Church to embezzle the estates of my parents and deliver them to "Plaintiff and Victim" Lisa Stephens on a Golden Plate.

## DOES ANYONE REMEMBER THE STORY OF ANNE FRANK?

I do not need to lie or exaggerate one fact of this matter in which I am pleading on behalf of myself and the other victims within my family and the unknown number of those who did not survive the "Estate Planning Murder" of the "Prince of Lies" Dallin H Oaks and the "Dark Angels of Light" he has surrounded himself with over the years.

I shall prepare a detailed thousand page exposure of every text and email which has occurred between my sister and I and my mother over the past 7 years and swear under oath that it will prove without a doubt that every disrespectful word I have used towards anyone of the Defendants herein including my once "best friend on earth" sister Lisa Stephens has been done under the duress of a human being screaming "rape" to the Political and Religious Leaders who have enabled this ongoing "crime scene" to breath and to empower Lisa Stephens to acquire an arrest warrant for third degree felony stalking while I have been denied my civil right of even filing a police report with proof that the Defendants have been raping, pillaging,

35

and plundering the hell out of my parents and now my daughters which has left my entire family in carnage with no way to ever recover from the hidden agenda of "Brother" Dallin H Oaks. Is it not a tad bit "befuddling" to an honorable Judge such as yourself to understand this matter and realize that the United States Department of Justice and the Leaders of the LDS Church are literally trying to "silence and kill" the voice of an "Anne Frank" that has been hiding "underground for the past two years while the streets are full of "Felons at Large"?

## JUNGLE RULES AND THE NEW WORLD ORDER

What is being exposed herein is the underlying agenda of the "New World Order" of Brothels and Whores who are literally following a "Luciferian" theory that is derived from the "Secret Satanic Societies" which have existed and have graduated members into the highest echelons of civilization and to which both Dallin H Oaks and William Barr are "Top Dog Bosses" at large and who ruthlessly dismiss human rights and civility in favor of a "Herr Himmler" philosophy of "World Domination" and "Mass Human Extinction".

While the "Felons at Large" at KMC such as the almighty Chris Hill with his omnipotent Harvard Law Degree can prove they have the ability to write 400 page responses without ever answering one single allegation to the felony RICO Violations which have heretofore never been seen by humanity; it is somewhat pornographically repulsive when the facts of the matter prove without a doubt that KMC Law is assaulting the youngest beneficiary in hopes to have his ass slapped in prison and

silenced forever since he refuses to stop telling the truth about what the LDS Church and its entire hierarchy are concealing as the definition of "Lawlessness as spoken of prophetically". How can a system of democracy ever survive in the United States of America endure for any perceivable time into the future when the highest Political and Religious Leaders within its society are openly committing "Treason and Misprision of Treason" against the laws the United States Constitution and the Bill of Rights?

**How can a United States District Court Judge ever be considered credible when they conceal felonies far greater than any they have ever prosecuted? This is "Legalized Ted Bundy" with a twist of "Jeffrey Dahmer" and a drop of "Ted Kaczynski" all blended together to create the Mafiacracy which is leading the United States of America straight to the Hell to which the Political and Religious Leaders have sworn their allegiance to under their 'satanic ritual' to uphold the "Order" and its laws "above all others" (which includes Man and God...Just ask Dallin H Oaks and the 'Skulls' he has as dear and close "illuminated" friends.**

## SUMMARY AND REQUEST FOR THE DISTRICT COURT OF WYOMING

I will gladly abide by any ruling which is made by you as the Honorable Linda Jones as it pertains to my apparent growing list of either Felonies or Misdemeanor complaints of "electronic harassment" and promise to give you the deluge of

37

thousands of pages which support my allegations that the Defendants in this matter represent Felons committing Felonies to conceal their well-deserved 1,000 year prison sentences.

Riddle me this however my most honorable Judge Linda Jones; how is it possible that the Defendants were able to acquire a warrant for my arrest through your court in just six days; when I have spent two years begging the United States Department of Justice to ask by what legal authority Kirton McConkie can legally represent Bryan and Lisa Stephens and not my father nor his youngest son.

## "DO YOU SERVE ME", AND/OR "WE THE PEOPLE".

As if have stated to you in this response; I shall demonstrate all due respect to you and your position in society and by which you will quickly be able to demonstrate your integrity and belief in the United States Constitution by passing the "Final Bar Exam" Question I ask on behalf of Max D Eliason ("ME") and by all legality I represent as his agent and who in fact am "ME" who is protecting the house of his father and his fathers before him.

## "THE IF/THEN STATEMENT OF PROOF"

**IF:**     THE HONORABLE JUDGE LINDA JONES REPRESENTS "ME" ...

**THEN:**     SHE WILL UPHOLD THE UNITED STATES CONSTITUTION AND REQUIRE THE DEFENDANT LISA STEPHENS AND THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST TO PROVIDE BY WHAT

LEGAL BASIS KIRTON MCCONKIE CAN REPRESENT HER AS "SOLE TRUSTEE" OF HER PARENTS A/B TRUSTS WHILE HER OWN FATHER AND CLIENT OF KIRTON MCCONKIE MAX D ELIASON IS STILL ALIVE AND BREATHING AS "SETTLOR AND SUCCESSOR TRUSTEE".

## DISCUSSION:

THE RESPECTIVE DEFENDANTS OF THE ASSOCIATED COMPLAINTS WHICH WERE MADE PRIOR TO THE THIRD-DEGREE STALKING CHARGES HEREIN; AND WHICH THE PLAINTIFF/VICTIM HAS HERETOFORE BEEN DEPRIVED OF EVERY RIGHT OF "DUE PROCESS OF LAW" AND/OR HIS RIGHT TO "REDRESS GOVERNMENT WITH GRIEVANCES" WITHOUT "BEING SHOT".

## COMMON SENSE 101:

THOMAS PAINE STATED THAT THERE ARE SELF-EVIDENT TRUTHS SUCH AS "ALL MEN ARE CREATED EQUAL" TO WHICH BOTH "THE GOD AND THE COUNTRY" I LIVE IN BOTH PROFESS TO BE TRUE AS WELL. AS SUCH; DOES IT NOT MAKE COMMON SENSE TO AN HONEST JUDGE WITH INTEGRITY TO COMPEL THE DEFENDANTS OF THE RELATED COMPLAINTS TO RESPOND TO A SIMPLE 'YES OR NO' QUESTION OR TO ACCOUNT FOR THE MISSING $200 MILLION ESTATES WHICH HAVE BEEN EMBEZZLED AND WHICH HAVE LED TO SAID THIRD DEGREE FELONY CHARGES WHICH STEM FROM AN "ANNE FRANK" SCREAMING "RAPE" TO SOCIETY AND TO THE DEFENDANTS WHO ARE "ESTATE PLANNING THE HELL OUT OF SOCIETY" BECAUSE OF THEIR SELF APPOINTED "WORLD ELITE STATUS" WHILE THE JUDGES OF THE THIRD DISTRICT COURT AND THE RESPECTIVE UNITED STATES DISTRICT COURTS WITH THE RESPECTIVE CHIEF JUDGES AND ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA WATCHING WITH A BAG OF POPCORN HOPING TEAM "SATAN" WINS SO THEY CAN LIVE TO "RAPE" ANOTHER DAY?

# DOES THE DISTRICT COURT OF WYOMING SERVE "ME" OR "MAMMON"?

I have to put the respective Judicial System on the spot; but my life and the lives of my daughters are hanging by the whims and corruption of the United States Judicial System to which you belong and you are either FOR or AGAINST "ME" and "WE THE PEOPLE". I have learned the "hard bitch slap to my soul" way that there are countless titles of "Judge or Prophet" which are meaningless if the fruit of their actions are toxic hydrochloric acid with the undeniable stench of corruption which speaks to society under the term of "RES IPSA LOQUITUR".

While I could type 100 pages of "If / Then" Statements each of which point to undeniable guilt of the alleged violations of The RICO Act of 1970 with the "Criminal Cockroach Clowns from this Circus of Corruption" not being able to respond and refute one single allegation and instead can only toss out "Ivy League" Case Study nonsensical shit; remove the victims from the complaint such as what transpired this week in the United States District Court of Hawaii, while simultaneously demonstrating why Satan is called the great "Accuser" since this Thuckery of "Jesus Christ Himself" has accused me viciously and under Felony Defamation criminal allegations to both the Third District Court and Judge Faust and to the Utah Division of Adult Protective Services who is also suddenly of "Jesus Christ Himself".

# THE IF/THEN TEST OF CORRUPTION TO WHICH YOU TAKE A STAND ON BEHALF OF "ME" AND "WE" OR BECOME A CO-CONSPIRATOR AND JOIN THEM FOR THE NEXT 1,000 YEARS OR SO...

❖ **IF** you are an honest Judge with Integrity and Intention of upholding the United States Constitution and to represent the members of society which you swore under oath to God and the Citizens of the United States you would defend;

❖ **THEN** you will abide by the laws surrounding the Civil Provisions of the RICO Act of 1970 and follow each step of the Resolution of the General Assembly 40/34 as it concerns the Civil Rights of Victims' who are under duress and being Abused in the most unprecedented manner by those claiming to have the Power and Responsibility to SERVE Society.

THE ORIGINAL JURISDICTION OF THIS MATTER IS IN REALITY THE UNITED STATES SUPREME COURT SINCE IT INVOLVES THE STATE OF UTAH AND OF COLORADO AND NOW HAWAII AS DEFENDANTS ALONG WITH THE PRESIDENTIALLY APPOINTED CHIEF JUDGES SHELBY, BRIMMER, AND SEABRIGHT RESPECTIVELY IN ADDITION TO PUBLIC SERVANTS AND MINISTERS SUCH AS SENATOR MITT ROMNEY WHO WAS KNOWINGLY AIDING IN THE CONCEALMENT OF THIS MATTER OF "UNPRECIDENTED ABUSE OF POWER" DURING THE SAME WEEK HE FOUGHT TO HAVE PRESIDENT DONALD TRUMP "IMPEACHED" FOR ACCIDENTALLY TRYING TO FIRE SOMEBODY THAT WAS PROBABLY A CORRUPT SLUT SUCH AS DWELLS WITHIN THIS DEMONSTRATION OF NEW WORLD ORDER BROTHELS AND WHORES LIKE MANKIND HAS NEVER SEEN NOR SHALL EVER FORGET...

SHOULD THE HONORABLE JUDGE LINDA JONES WISH TO "GO THE EXTRA MILE"; SHE WOULD TAKE WHATEVER STEPS WERE NECESSARY TO ENSURE THAT PRESIDENT DONALD TRUMP BE INVOLVED IMMEDIATELY AND THAT HE UNDERSTOOD THAT WILLIAM BARR IS COMMITTING CAPTIAL TREASON AGAINST THE UNITED STATES SINCE HE AS THE ATTORNEY GENERAL IS INTENTIONALY PROTECTING "SIR DALLIN" AND REFUSING TO UPHOLD THE CONSTITUTION WHICH HE PRESIDES OVER SAID RESPONSIBILITY TO DO SO.

JUDGE JONES; YOU ARE EITHER FOR "ME' AND 'WE THE PEOPLE' OR YOU ARE AGAINST EVERYONE THAT STANDS AS THE "US" WHO STILL RESPECT THE COUNTRY AND GOD UNDER WHICH IT WAS FOUNDED ALONG WITH THE COUNTLESS MILLIONS OF LIVES LOST FIGHTING THE SAME TYRANNY WHICH IS NOW EMBEDDED UNDER THE "FOURTH REICH" OF THIS "NEW WORLD ORDER" WHICH YOU CAN END BY SIMPLY COMPELLING A FORENSIC AUDIT OF THE PAST SEVEN YEARS OF INTENTIONAL EMBEZZLMENT OF THE ESTATES OF AMX AND JOYCE ELIASON WHICH IS BY THE WAY...YOUR JOB. THERE IS NO "IN-BETWEEN" NOR DOES IT TAKE A KINDERGARTEN EDUCATION TO UNDERSTAND THE INTENTIONAL BREACH OF FICUIARY DUTY; NOR SHOULD IT TAKE YOU LONGER THAN A DAY TO REACT IN FAVOR OF THOSE YOU SERVE OR FOREVER NOW BETRAY...

No.

# In The

# Supreme Court of the United States

**BRETT L ELIASON; AGENT, EXECUTOR, TRUSTEE, AND BENEFICIARY FOR THE MAX D ELIASON AND JOYCE S ELIASON TRUSTS (et al)**

Plaintiff

**THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND THE UNITED STATES DEPARTMENT OF JUSTICE (et al)**

Defendant

<u>**URGENT MATTER CONCERNING NATIONAL SECURITY FOR IMMEDIATE DISTRIBUTION TO PRESIDENT DONALD TRUMP, MIKE PENCE, NANCY PELOSI, MIKE POMPEO, AND THE UNITED STATES ATTORNEY GENERAL WILLIAM BARR**</u>

## INJUNCTION AND COMPLAINT BEING MADE UNDER THE CIVIL PROVISIONS OF THE RICO ACT OF 1970

BRETT L ELIASON
634 RIDGE TOP LANE
NORTH SALT LAKE, UTAH 84054
(801) 949-0080
brett.eliason1@gmail.com



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 08 2021
11:34 am
Margaret Botkins, Clerk
Cheyenne

# IN THE

# UNITED STATES SUPREME COURT

**BRETT L ELIASON; AGENT, TRUSTEE, BENEFICIARY OF THE ESTATES OF MAX AND JOYCE ELIASON**

**MAX D ELIASON AND THE MAX D ELIASON ESTATE AND TRUST DATED OCTOBER 28TH, 2015 (MAX D ELIASON IS LIVING AS TRUSTEE AND SETTLOR)**

**THE JOYCE S. ELIASON ESTATE AND TRUST DATED OCTOBER 28TH, 2015 (deceased May 21st, 2018)**

**KYLIE MARIE ELIASON AND BRITTNIE LYNNE ELIASON** (BENEFICIARIES OF THE GRANDCHILDREN'S TRUST)

**VERONIQUE P ELIASON; (SUCCESSOR TRUSTEE TO BRETT L ELIASON UNDER THE 2016 TRUST)**

---
Plaintiff

v.

**THE UNITED STATES DEPARTMENT OF JUSTICE**

**THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**

**DALLIN H OAKS, PRESIDENT OF THE QUORUM OF THE TWELVE APOSTLES OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND TRUSTEE OF THE CORPORATION OF THE PRESIDENT OF LDS CHURCH.**

**MITT ROMNEY, UNITED STATES SENATOR FOR THE STATE OF UTAH**

**WILLIAM BARR; THE UNITED STATES ATTORNEY GENERAL**

**CHIEF JUDGE ROBERT D SHELBY OF THE UNITED STATES DISTRICT COURT OF UTAH**

**CRAIG MCCULLOUGH, ATTORNEY FOR MAX AND JOYCE ELIASON AND SR PARTNER OF KMC LAW NOW REPRESENTING BRYAN AND LISA STEPHENS AND MARK AND LAURIE ELIASON WHICH IS A CRIMINAL BREACH OF FIDUCIARY DUTY AND 2ND DEG FELONY**

**LISA STEPHENS. SOLE TRUSTEE OF THE JOYCE S ELIASON ESTATE DATED 10-28-15 AND THE MAX D ELIASON TRUST DATED 10-28-15**

**INJUNCTIOON AND COMPLAINT MADE UNDER THE PROVISIONS OF THE RICO ACT OF 1970 WHICH ENABLES THIS MATTER TO BE INITIATED AS A CIVIL COMPLAINT BY THE PLAINTIFF WITH THE UNDERSTANDING THAT THE UNITED STATES ATTORNEY GENERAL IS REQUIRED TO PROSECUTE THE MATTER WITHIN THE UNITED STATES SUPREME COURT.**

**ASSOCIATED COMPLAINTS BEING ADJOINED TO THIS ORIGINAL FILING UNDER THE JURISDICTION OF THE UNITED STATES SUPREME COURT**

**UT CASE No. 1:20-CV-00024-RJS-DBP**
**Chief Judge: ROBERT J SHELBY**
**Magistrate Judge: DUSTIN B PEAD**

**CO CASE No. 1:20-CV-00959-PAB-SKC**
**Chief Judge: PHILLIP A BRIMMER**
**Magistrate Judge: S KATO CREWS**

THE FIRST PRESIDENCY AND THE QUORUM OF THE TWELVE APOSTLES OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS INCLUDING:

PRESIDENT RUSSEL M NELSON,
PRESIDENT HENRY B EYERING,
PRESIDENT M RUSSEL BALLARD,
ELDER JEFFREY R HOLLAND
ELDER DIETER F UCHTDORF,
ELDER DAVID A BEDNAR
ELDER QUENTIN L COOK,
ELDER D TODD CHRISTOFFERSON,
ELDER NEIL L ANDERSEN,
ELDER RONALD L RASBAND,
ELDER GARY E STEVENSON,
ELDER DALE G RENLUND,
ELDER GARRET W GONG
ELDER ULISSES SOARES

JOHN H HUBER, UNITED STATES ATTORNEY GENERAL FOR THE DISTRICT OF UTAH

SEAN REYES, ATTORNEY GENERAL FOR THE STATE OF UTAH

GOVERNOR GARY HERBERT OF THE STATE OF UTAH

JUDGE ADAM MOW OF THE THIRD DISTRICT COURT OF THE STATE OF UTAH

JUDGE ROBERT P. FAUST OF THE THIRD DISTRICT COURT OF THE STATE OF UTAH

THE SALT LAKE DISTRICT ATTORNEY'S OFFICE

CHRIS ALBERICH; DEPUTY DISTRICT ATTORNEY

RORI STOKES, DISTRICT ATTORNEY FOR THE SALT LAKE CITY DISTRICT ATTORNEY'S OFFICE

JUDGE JILL H PARRISH OF THE UNITED STATES DISTRICT COURT OF UTAH

THE UNIFIED POLICE DEPARTMENT AND THE HOLLADAY PRECINCT AND OFFICER M. NAYLOR PERSONALLY

THE SALT LAKE CITY POLICE DEPARTMENT

THE UTAH BAR ASSOCIATION

KAY BURNINGAHM, ATTORNEY AT LAW;

PARK ROMNEY, ATTORNEY AT LAW;

KENT SNIDER, ATTORNEY AT LAW

ATTORNEY BRENT O HATCH

THE LAW OFFICES OF KIRTON McCONKIE, PC,

LEE WRIGHT; PRESIDENT OF KMC LAW
CAMERON HANCOCK; VP OF KMC LAW
KEN OLSEN; MANAGER OF KMC LAW
TOM MECHAM, MANAGER OF KMC LAW
CHRIS HILL, MANAGER KMC LAW
GREG MOESINGER, MANAGER KMC LAW

EQUITY PARTNERS AND HIGH MANAGERIAL AGENTS OF KIRTON MCCONKIE LAW OFFICES DAX D ANDERSON, TIMOTHY B ANDERSON, ROD N ANDREASON, BRENT A ANDREWSEN RANDY T AUSTIN, MATTHEW C BALLARD, LORIN C BARKER, JASON W BEUTLER, KENNETH W BIRRELL, CHRISTOPHER E BRAMHALL, JOSEPH R BRUBAKER, BRIAN W BURNETT, JAMES T BURTON, TYLER BUSWELL, RYAN C CADWALLADER, THOMAS K CHECKETTS, TONY CHRISTENSEN, CHRISTIAN S COLLINS, DAVID R CONKLIN, MICHAEL W DURHAM, ALEXANDER SUSHKU, BRETT D EKINS, JAMES E ELLSWORTH, DAVID S EVANS, WALLACE O FELSTED, RYAN B FRAZIER, GEOFF GERMANE, DAVID L GLAZIER, CHAD A GRANGE, R SHAWN GUNNERSON, BEN HATHAWAY, READ R HELLEWELL, KENNETH E HORTON, LOYAL C HULME, DALE E HULSE, ROBERT C HYDE, SCOTT E ISAACSON, LARRY S JENKINS, RANDY K JOHNSON, MICHAEL D JOHNSTON, ADAM M KAAS, BRYANT J KELLER, KEVIN L KIMBALL, JOHN B LINDSAY, PARK LLOYD, DANIEL S MCCONKIE, OSCAR W MCCONKIE III, ANTONIO A MEJIA, CRAIG METCALF, RUSSELL S MITCHELL, JACOB T MUKLEWICS, MERRILL F NELSON, STERLING S OLANDER, JOSEPH V OSMOND, ALEXANDER N PEARSON, DANIEL H PURDIE, JESSICA RANCIE, LANCE D RICH, MATTHEW K RICHARDS, SHAWN T RICHARDS, ERIC B ROBINSON, JOSHUA RUPP, PETER C SCHOFIELD, JUSTIN W STARR, SWEN R SWENSON, DAVID B TINGEY, BRIAN D TUCKER, JON E WADDOUPS, ADAM WAHLQUIST, DAVID M WAHLQUIST, MICHAEL C WALCH, THOMAS D WALK, ROBERT D WALKER, STEVEN L WHITEHEAD, BRINTON M WILKINS, DAVID S WILSON, R GARY WINGER, EVAN R WITT, JOEL D WRIGHT, ROBBIE G YATES, ELAINE C YOUNG

DEBRA DEMKE; NOTARY PUBLIC FOR KMC LAW

BRYAN P STEPHENS, INDIVIDUALLY; CPA AND MANAGING PARTNER OF SMC, LLC

MARK D ELIASON; TRUSTEE

LAURIE ELIASON, TRUSTEE

CHIEF JUDGE PHILLIP A BRIMMER AND
MAGISTRATE JUDGE S KATO CREWS OF THE UNITED
STATES DISTRICT COURT FOR THE DISTRICT OF
COLORADO

CORBETT / GWILLIAM PC,
DAVID M CORBETT, PARTNER
AARON SCOTT GWILLIAM, PARTNER
ATTORNEY R DAVID BISHOP

SCALLEY READING BATES HANSEN & RASMUSSEN,
P.C. DARWIN H. BINGHAM, ATTORNEY AT LAW
MARLON L BATES, FORD G SCALLEY, J BRUCE
READING, SCOTT N RASMUSSEN

THE LAW OFFICES OF CHRISTENSEN JENSEN
ROGER P CHRISTENSEN
GEORGE W BURBIDGE II
JEFF ENQUIST

RENCHER ANJEWIERDEN LAW OFFICES, JARYL L
RENCHER, D GREGORY ANJEWIERDEN, BENJAMIN K
LUSTY, MICHAEL J COLLINS

THE LAW OFFICES OF KIRKLAND ELLIS BASED IN
CHICAGO (APPROX. 450 EQUITY PARTNERS)

BAIR ELITE, LLC AND ROBERT BAIR, PAULINE BAIR,
JON BAIR, ZAC BAIR INDIVIDUALLY

MY 3-D ME, LLLC

THE ELIASON 2015 TRUST;

THE ELIASON 2016 TRUST;

ELIASON EIGHT, LLC;

ELIASON ENTERPRISES LLC

THE JOYCE S ELIASON TRUST DATED 10-28-15

THE MAX D ELIASON TRUST DATED 10-28-15

THE MAX D ELIASON DYNASTY TRUST

THE JOYCE S ELIASON DYNASTY TRUST

THE JOYCE ELIASON GRANDCHILDRENS TRUST

THE GREAT-GRANDCHILDRENS TRUST

THE ELIASON DYNASTY TRUST

THE ELIASON SUPPORT TRUST

THE ELIASON SPOUSES SUBTRUST

THE ELIASON EDUCATION TRUST

THE ELIASON MARITAL TRUST

THE ELIASON DESCENDANTS DECEASED
CHILDREN'S TRUST

CHARITABLE TRUSTS CREATED BY CRAIG
MCCULLOUGH AS PER ELIASON 2015 TRUST

MARIE A O'ROURKE, VCITIMS' RIGHTS
OMBUDSMAN FOR THE UNITED STATES
DEPARTMENT OF JUSTICE

A.G. PETERSON; EXECUTIVE DIRECTOR OF
THE STATE OF UTAH JUDICIAL CONDUCT
COMMISSION

JULIE HARMAN, DAVID WERNER, ZANT DOTY,
KINDRA KAUER, PARK BEUTLER, LIZ FELIX,
CHRISTINA HIGGINS

BISHOPRIC OF THE RIDGETOP WARD JASON
HULL, PAUL COLES, DAVID PETERSON, RYAN
SLOBIDIAN,

RICH HENDERSHOT, STAKE HIGH
COUNCILMAN OF THE NORTH SALT LAKE
STAKE; SPENCER RICHARDS, RICK
STRATFORD, NOLAN TAYLOR; STAKE
PRESIDENCY OF THE NORTH SALT LAKE
STAKE

THE SALT LAKE TRIBUNE; JESSICA MILLER,
PEGGY STACK, JENNIFER NAPIER-PEARCE,
PAUL HUNTSMAN, HUNTSMAN FAMILY
INVESTMENTS, LLC

AMY STEPHENS, JASON STEPHENS, LINDSAY
STEPHENS, WHITNEY STEPHENS, AUSTIN
STEPHENS, SPENCER STEPHENS, DEREK
ELIASON, DYLAN ELIASON, ANGELA ELIASON

THE FEDERAL BUREAU OF INVESTIGATION
(FBI)

THE INTERNAL REVENUE SERVICE (IRS)

JUDGE ROYAL HANSEN OF THE THIRD
DISTRICT COURT PROBATE

JUDGE KARA PETIT OF THE THIRD DISTRICT
COURT PROBATE

THE STATE OF UTAH

## THIRD PARTY PARTICIPANTS:

DONALD TRUMP; PRESIDENT OF THE UNITED STATES AND OF THE EXECUTIVE BRANCH OF THE UNITED STATES

MIKE PENCE; PRESIDENT OF THE SENATE AND MEMBER OF THE LEGISLATIVE BRANCH

NANCY PELOSI; SPEAKER OF THE HOUSE OF REPRESENTATIVES AND MEMBER OF THE LEGISLATIVE BRANCH

MIKE POMPEO; THE UNITED STATES SECRETARY OF STATE AND SECRETARY OF THE CABINET OF PRESIDENT DONALD TRUMP

UTAH CONGRESSMEN BEN MCADAMS, CHRIS STEWART, JON CURTIS, ROB BISHOP

UTAH SENATOR MIKE LEE

DISTRIBUTION REQUIRED FOR EACH MEMBER OF THE HOUSE OF REPRESENTATIVES AND SENATE WHOSE THREE-QUARTER VOTE FROM EACH BRANCH IS REQUIRED TO "IMPEACH AND PROSECUTE" THE RESPECTIVE SENATOR AND CHIEF JUDGES OF THE UNITED STATES DISTRICT COURTS OF UTAH AND COLORADO RESPECTIVELY WHICH WERE PRESIDENTIAL APPOINTMENTS.

JOHN AND JANE DOES TO BE ADDED AS INDIVIDUALS AND/OR ENTITIES

Dear President Trump,

I implore you to review this matter immediately and take whatever steps are necessary to expose and prosecute the extensive web of corruption within the United States Department of Justice which WILL lead to the undermining of the Untied States Constitution if it continues to go unchecked by the Executive and Legislative Branches of Government via its powers of "Checks and Balances".

The matter being prepared for presentation to the United States Supreme Court will require additional days of preparation so as to explain the involvement of each one of the Defendants in detail but suffice it to say that I swear under oath and under the laws of perjury of the United States that I do not need to exaggerate or lie about one fact within this matter and I have over 3,000 pages of supporting documents to substantiate every allegation herein.

This matter began with the embezzlement of my parents estates valued at over $200 Million which has been revealed to be done under the designs of former United States Supreme Court Nominee Dallin H Oaks who also worked under the Bush Administration and who later became a member of the Utah Supreme Court before being "called to serve" as an Apostle of the Church of Jesus Christ of Latter Day Saints.

He is the current Trustee of the Corporation of the President of the Church of Jesus Christ of Latter Day Saints who is the next "Prophet to Be" of the LDS Church and whose actions herein will be shown to be nothing short of Treason and that he has recruited an extensive web of members of every level of government which now includes the Chief Judges Robert J Shelby and Phillip A Brimmer of the United States District Courts for the Districts of Utah and Colorado Respectively with both of these Judges and Magistrate Judges Dustin B Pead of Utah and S Kato Crews desperately trying to conceal this matter as you will discover upon review.

I would "strongly" encourage you to apprehend Dallin H Oaks who is also the President of the Quorum of the Twelve Apostles of the Church of Jesus Christ of Latter-Day Saints who is the High Managerial Agent presiding over the Law Offices of Kirton McConkie PC which has been dubbed "The Lawyers of Jesus Christ of Latter-Day Saints" and whose primary line of business apparently consists of "Estate Planning Murder" on the unsuspecting victims they were paid to protect such as my parents did on June 20th, 2013.

The reason I recommend you begin with this "Unholy False Prophet" is not just because he is concealing over 50 Felony Crimes associated with the embezzlement of the estates discussed within the matter; he is concealing his "hidden agenda" of utilizing the hundreds of billions of missing tithes and offerings which he has been using in conjunction with his own Law Office of Kirkland Ellis in Chicago wherein many well-known names associated with "The Illuminati" and Senator Mitt Romney are tied together and where the extensive net worth of the LDS Church is ironically being devoted for usage within the context of "Satanic Cults and Secret Societies" which have plagued the world since the beginning of time.

The Defendants herein do not have any possible explanation for any one of the countless crimes uncovered within this landmark battle all of which fall under the jurisdiction of the United States Supreme Court and should be prosecuted immediately by the United States Attorney General William Barr provided he can be cleared of being one who may be on the extensive list of "Bribed with Tithes" since it shall be proven herein that members of his own office are attempting to conceal this matter as well; and who have tried to "silence it" from the Office of Victims' Rights as shall be shown from a letter from the Ombudsman of The United States.

I ASSURE YOU THAT THE "LITTLE RED EYE" AT THE TOP OF THE ILLUMINATE PYRAMID IS THE DEFENDANT CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ("COP") WHOSE FREE CASH FLOW IS OVER $1 BILLION PER MONTH OF WHICH ONLY AN ANNUAL AMOUNT IS BEING RETURNED TO SOCIETY OF APPROXIMATELY $50 MILLION OR LESS THAN 1%.

You have every justification for aggressively prosecuting the "COP" under the felony Racketeering and Organized Crime provisions of the United States Constitution and this will be the key to exposing what you know as "Deep State" and "New World Order" which is nothing more than a group of "World Elite" who are committing any crime necessary provided their actions are promoting the agenda of the Traitors who would rob the world of the Freedoms which "We The People" hold to be sacred and provided by God; while these "underground self-righteous thugs" are apparently "Pledging Allegiance" to the communistic regime for which they stand and under some sinister deity Fraud who has nothing in common with God or Christianity.

**PLEASE HAVE YOUR LEGAL TEAM ACQUIRE ALL FILINGS AND RESPONSES ASSOCIATED WITHIN THE MATTERS LISTED ON THE SECOND PAGE UNDER THE UTAH AND COLORADO COURTS AND THE ASSOCIATED HUNDREDS OF PAGES OF EVIDENCE WHICH WAS FILED WITH THE STATE OF UTAH THIRD DISTRICT COURT UNDER JUDGE ADAM MOW (DEFENDANT).**

**EACH OF THESE FILINGS WERE DONE UNDER URGENT CIRCUMSTANCES AND EACH WAS DONE WITH THE BELIEF THAT THIS MATTER WAS ONLY ABOUT THE MISSING ESTATES OF MY PARENTS MAX AND JOYCE ELIASON WHICH HAS SINCE EXPANDED TO THE CONSIDERABLE LIST OF CO-CONSPIRATORS WITHIN BOTH CHURCH AND STATE WHICH APPARENTLY HAS NO DELINIATION WITHIN THE "CHURCH STATE OF UTAH" AND NOW SHOWS SIGNS OF THIS SAME PROBLEM EXISTING WITHIN COLORADO.**

WHILE THE RICO VIOLATIONS AND THE ASSOCIATED EMBEZZLEMENT OF THE $200 MILLION IN OIL PROPERTIES ETC ARE STILL CRITICAL ISSUES;

**IT IS FAR MORE IMPORTANT THAT YOU GO AFTER THE "HEAD OF THE SERPENT" OF THIS ORGANIZATION SINCE ITS AGENDA IS A TWO CLASS SYSTEM OF HUMANITY WHICH IS TO BE UNDERTAKEN IN CONJUNCTION WITH MASS EXTINCTIONS OF HUMANITY AND THE DESTRUCTION OF THE WORLD ECONOMY SUCH IS BEING IRONICALLY DONE ON A WORLD WIDE BASIS UNDER THE CURRENT PANDEMIC KNOWN AS COVID-19.**

UT CASE No. 1:20-CV-00024-RJS-DBP
Chief Judge: ROBERT J SHELBY
Magistrate Judge: DUSTIN B PEAD

CO CASE No. 1:20-CV-00959-PAB-SKC
Chief Judge: PHILLIP A BRIMMER
Magistrate Judge: S KATO CREWS

SHOULD YOU HAVE ANY DOUBTS CONCERNING THE UNDERLYING ALLEGATIONS WHICH ARE NOTHING SHORT OF THE CONTINUANCE OF THE AMERICAN REVOLUTION; PLEASE FEEL FREE TO HOLD A "CONFERENCE CALL" WITH CHIEF JUDGES ROBERT SHELBY AND PHILLIP A BRIMMER AND INCLUDE JUDGE JILL H PARRISH WHO RECUSED HERSELF FROM THIS MATTER SO AS TO NOT BE THE "BLACK PLAGUE" THAT TAKES DOWN HER OWN RELIGIOUS LEADERS DESPITE HER COMPLETE KNOWLEDGE OF THE ASSOCIATED FACTS AND GUILT HEREIN.

THE FOLLOWING PAGES ARE BEING INCLUDED AS SUPLEMENTAL INFORMATION WHICH IS BEING COMPILED FOR THE FORMAL PRESENTATION TO BE SUBMITTED TO THE UNITED STATES SUPREME COURT AND ITS ASSOCIATED JURISDICTION OVER MATTERS INVOLVING THE UNITED STATES GOVERNMENT AND CRIMINAL ALLEGATIONS AGAINST HIGH RANKING MEMBERS OF THE DEPARTMENT OF JUSTICE.

## FACTS OF THE CASE

The evidence herein will expose the most corrupt web of "Mafia Style" criminals in modern history and expose the reality of "Deep State" and "New World Order" as nothing more than a modern name for "Racketeering and Organized Crime" using the guise of Religious and Political Leaders who have infiltrated every government organization.

These allegations now include both Chief Judge Robert S Shelby and Chief Judge Phillip A Brimmer of the United States District Courts for the Districts of Utah and Colorado respectively who both have this matter in front of them and refuse to even render a decision or take one action on behalf of the Victims of the most heinous violations in history considered as crimes committed under the RICO Act of 1970 (See UTAH CASE No. 1:20-CV-00024-RJS-DBP Chief Judge Robert J Shelby and Magistrate Dustin B Pead) and (COLORADO CASE No. 1:20-CV-00959-PAB-SKC Chief Judge Phillip A Brimmer and Magistrate Judge: S KATO CREWS)

The extensive list of State, Political, and Religious Leaders included herein are knowingly concealing the complete embezzlement of the Estates of Max and Joyce Eliason and are protecting the "Head of the Serpent" President Dallin H Oaks of the Corporation of The President of The Church of Jesus Christ of Latter-Day Saints under the knowledge of each of the Corporate Officer and Leaders of the LDS Church who utilized it acting Agent Kirton McConkie Law Offices to deceive their Victims and rob the Eliason family of over $200 Million in assets which includes extensive family holdings of oil and gas properties within the Uintah Basin and in states of Utah, Wyoming, Colorado and Texas.

The Plaintiff filed a related complaint in March of 2019 when he realized that the Law Firm of "Jesus Christ Himself" admitted to illegally representing his sister and brother-in-law; but whose Board of Directors and former United States Supreme Court Nominee Dallin H Oaks said to "Quit Bothering the Board of Directors".

# BASIS FOR JURISDICTION

Jurisdiction under the United States Supreme Court is considered correct for the Original Complaint due to Article III, Section 2 of the Constitution:

## ARTICLE III, SECTION 2; OF THE UNITED STATES CONSTITUTION

Section 2 delineates federal judicial power, and brings that power into execution by conferring original jurisdiction and also appellate jurisdiction upon the Supreme Court. The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority and to all Cases affecting other public Ministers and wherein there are **Controversies to which the United States shall be a Party. In all Cases affecting public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction.**

The matter herein is a filing made under The RICO Act of 1970 and is being made against an extensive list of Public Ministers including various Chief and Magistrate Judges within the United States Department of Justice and the State of Utah and many members of the Judicial Branch therewith. It also implicates the participation of former Utah Supreme Court Judge Dallin H Oaks as Trustee for the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and the United States Senator Mitt Romney for the State of Utah.

ASSOCIATED COMPLAINTS BEING ADJOINED TO THIS ORIGINAL FILING UNDER THE JURISDICTION OF THE UNITED STATES SUPREME COURT

UT CASE No. 1:20-CV-00024-RJS-DBP (NO DECISION RENDERED)
Chief Judge: ROBERT J SHELBY; Magistrate Judge: DUSTIN B PEAD

CO CASE No. 1:20-CV-00959-PAB-SKC (NO DECISION RENDERED)
Chief Judge: PHILLIP A BRIMMER; Magistrate Judge: S KATO CREWS

# THE AMOUNT IN CONTROVERSY

## 18 U.S. Code § 1964 Civil remedies under RICO Act Violations

Any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fees.

The amount in controversy initially began with the complete embezzlement of The Estates of Max and Joyce Eliason with an estimated value exceeding $200,000,000 (Two Hundred Million); however as described within the damages herein; this matter has since evolved into the exposure of an extensive web of corruption which is being implicated herein with an extensive list of high ranking members of both "Church and State" and doing so under the rules of Apparent Authority, Respondeat Superior, Vicarious Liability, Corporate Officer Liability, and damages incurred on a Joint and Several Basis including countless members of the offenses herein which qualify under the Laws of Racketeering and Organized Crime.

The amount of damages herein will prove to be the largest amount in history due to the nature of the Mafia Style Corruption which has permeated every branch of Church and State and the associated intentional Aggravated Conspiracy to Commit Abuse and Exploitation of Vulnerable Adults and Children with over 50 related Felony Crimes which are classified under Corruption and Racketeering and include the most horrific display of Abuse of Power of Office heretofore witnessed by mankind.  The amount of damages will depend on the number of Co-Conspirators exposed to be included herein; however, it should be noted that under the laws explained above, every participant herein will be assessed the Treble Damages with the Corporation of The Church of Jesus Christ of Latter-Day Saints and The United States of America bound by the laws of Respondeat Superior.

In order to put this amount of damages into perspective for the reader of this matter; based solely on the amount of $200,000,000 (two hundred million) that has been embezzled from the estates of Max and Joyce Eliason; each participant herein will be assessed a minimum penalty of $600,000,000 before any other penalties associated with the seven years of intentional infliction of emotional and financial abuse on the victims who paid the Defendants to Protect both them and represent their beneficiaries Impartially.

Every amount thereafter which is not paid by the individual Defendant will result in the personal financial demise of every person who has conspired herein in conjunction with anticipated life time prison sentences (50 Felonies committed under RICO at 20 years each result in the Defendants receiving a prison term of 1,000 years or a "millennium" in Biblical Terms which is to be awarded to "Team Evil". Thus, under the provisions of Civil Damages of RICO Violations awarded on a Treble Basis and assuming all other provisions described herein, the amount owed to the victims herein by the Defendants and "guaranteed payments" by the Corporation of The President of the Church of Jesus Christ of Latter Day Saints and the United States Department of Justice would follow the general formula shown as follows:

| TOTAL NUMBER CONSPIRATORS | DAMAGES FOR ESTATES ONLY | TOTAL TREBLE (DAMAGES X 3) | RESPONDEAT SUPERIOR LIAB. |
|---|---|---|---|
| 100 | $ 200 MILLION | $ 600 MILLION | $ 60 BILLION |
| 250 | $ 200 MILLION | $ 600 MILLION | $ 150 BILLION |
| 500 | $ 200 MILLION | $ 600 MILLION | $ 300 BILLION |

It should be noted that including the Equity Partners of Kirkland Ellis and the growing list of officials from Government; the number is approaching 750 or $450 Billion which does not include any emotional damages or charges for the countless number of horrific deeds such as prohibiting a son from seeing his own father.

12

The initial facts of this matter began on June 20th, 2013 when Kirton McConkie Law Offices used Fraudulent Misrepresentation in collusion with the Eliason's son-in-law and CPA/Estate Planner (Bryan Stephens) to deceive Max and Joyce Eliason into believing their Estates were being entrusted to the same LDS Church Leaders that had accepted countless millions of dollars in tithes and offerings since the couple was married in 1959.

Upon the death of Joyce S Eliason on May 21st, 2018; Kirton McConkie illegally named the wife of Bryan Stephens and plaintiff's own sister to the role of "Sole Trustee" which empowered the Defendants to embezzle all of the assets contained within the Estates of Max and Joyce Eliason which included over $100 Million in Oil Properties throughout Utah, Colorado, Texas, and Wyoming in addition to approximately 8,000 acres of property which was the Stillman Family ranch (Joyce Stillman Eliason) which has also been illegally removed from the Estates.

Kirton McConkie and the LDS Church Leaders are knowingly concealing this horrific assault on an innocent family whose Pioneer ancestors settled the Salt Lake Valley and they continue to do so fearlessly under the apparent reasoning that "they own the Utah and United States Court for the District of Utah along with John Huber as the US District Attorney whose office refused to accept this matter nor do the Defendants Shelby and Pead have any intentions of making one gesture to protect the Civil Rights of the Victims and recently Judges Shelby and Pead approved a requested extension of time for the "Abusers Kirton McConkie" with the implications that this would be dismissed on technicalities.

Upon the receipt of this Complaint within the United States Court for The District of Utah; was the initial appointment of US District Court Judge Jill H Parrish who familiarized herself with the matter and obviously understood the deep rooted "Scandal" that would bring down her own LDS Church with no possible way that the Defendants have any words to prove their innocence as this matter is considered

to be "THE DEFINITION OF RES IPSA LOQUITUR"; wherein Kirton McConkie cannot explain on Page one of the complaint as to how it is possible for both of the Estates to be completely "Empty" and them representing Lisa Eliason Stephens as the "Sole Trustee" of the Joyce S Eliason Trust dated October 28th, 2015 while her father and the real client of Kirton McConkie still being alive as the "Settlor and Co-Trustee". The Defendants sit in Check-Mate with no questions needed to be ask just by the way the pieces lie on the Chess Board with Max D Eliason showing as Plaintiff and Settlor and Co-Trustee and to whom the Law Offices of Kirton McConkie and the associated Principal of this LDS Church Agent owes Max and Joyce Eliason and their beneficiaries a Fiduciary Duty of Loyalty, Care, Impartiality, Full Disclosure, and the duties to expose any and all "Conflicts of Interest;" none of which rules and laws have been adhered to in seven years.

The US District Court Honorable Judge Jill H Parrish correctly filed a Motion of "Recusal" thereby removing herself from the matter; which is exactly what Chief Judge Robert J Shelby and Magistrate Judge Dustin B Pead should have done rather than accepting the responsibility and thereby claiming they would treat the matter with Impartiality and not become the "paid assassins" which Plaintiff/Victim has already experienced by two separate law firms he has engaged one of which has a Partner named Park Romney who is the cousin to Mitt Romney who is being included in this matter of "hypocrisy defined" as "Brother Mitt" voted to Impeach the President of the United States Donald Trump the very same week that Mitt was clearly influential in "sabotaging" this matter to cover up the Charges of Abuse of Power by The President to Be of the LDS Church and the approximate 50 Felony Charges which the Plaintiff has compiled in the allegations listed under matter #1:20-cv-00024-RJS-DBP. Mitt Romney is allegedly benefitting Politically by stolen Tithes and Offerings of the LDS Church through the misappropriation of "BILLIONS" of dollars which are allegedly going as a pass-through money from Kirton McConkie PC to its sub contracted affiliate KIRKLAND ELLIS of Chicago which curiously IS the most profitable law firm in the world on a per attorney basis.

14

# LEGAL QUESTIONS INVOLVING THE CASE

The question surrounding this matter is not "If" the Defendants are guilty (which can be easily proven via the provisions of "Res Ipsa Loquitur"); the question is whether or not there is anyone within the United States Judicial Branch, Legislative Branch, and President Donald Trump who is President of the Executive Branch of the United States will stand and uphold the Constitution and the associated Civil Rights which is unquestionably "hanging by a thread".

The victims herein have been deprived of their First Amendment Right to "Petition the Government for a Redress of Grievances" which states that citizens are afforded the right to seek Judicial Intervention without the fear of retribution or retaliation (Plaintiff's home was broken into on December 22nd, 2019 by a business partner who tried to kill him following the plea to Judge Adam Mow for an Ex-Parte Hearing which he still has not been entitled to have).

Plaintiff filed a complaint as per the Victims' Rights Act (Complaint No. 20-012) to the United States Department of Justice Office and the Executive Office for The United States Attorneys as was indicated to do in the event that a member of the Judicial System did not follow procedure concerning the rights provided by the Constitution as defined by the General Assembly 40/34 and the steps the Justice System should take in matters falling under RICO Act violations.

It is logical to assume that the entire United States Department of Justice has been corrupted since the Department of The Ombudsman in Washington DC is acting under The United States Attorney General William Barr who is listed as a Defendant since his office sent a personal letter to the Plaintiff recently stating that the "Case was Closed" and that the "Victims had no right to seek Judicial Review" and that no Federal Offense had taken place and that each United States District Judge in the Districts of Utah and Colorado are refusing to even render a decision.

# TREASON AND CRIMES OF CONSPIRACY AND REBELLION
## 18 U.S. Code CHAPTER 115—TREASON AND SEDITION

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

## 18 U.S. Code § 2382.Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

## 18 U.S. Code § 2383.Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States

## 18 U.S. Code § 2384.Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, shall each be fined under this title or imprisoned not more than twenty years, or both.

# 18 U.S. Code § 2385.Advocating overthrow of Government

Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States or attempts to do so; or

Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof—Shall be fined under this title or imprisoned not more than twenty years, or both.

As used in this section, the terms "organizes" and "organize", with respect to any society, group, or assembly of persons, include the recruiting of new members, the forming of new units, and the regrouping or expansion of existing clubs, classes, and other units of such society, group, or assembly of persons.

# 18 U.S. Code § 2387.Activities affecting armed forces generally

(a)Whoever, with intent to interfere with, impair, or influence the loyalty, morale, or discipline of the military or naval forces of the United States:
(1) advises, counsels, urges, or in any manner causes or attempts to cause insubordination, disloyalty, mutiny, or refusal of duty by any member of the military or naval forces of the United States.

# 18 U.S. Code § 2389.Recruiting for service against United States

Whoever recruits soldiers or sailors within the United States, or in any place subject to the jurisdiction thereof, to engage in armed hostility against the same; or Whoever opens within the United States, or in any place subject to the jurisdiction thereof, a recruiting station for the enlistment of such soldiers or sailors to serve in any manner in hostility against the United States Shall be fined under this title or imprisoned not more than five years, or both.

THE MATTER HEREIN BEGAN WITH A COMMON CRIMINAL ACTION OF WHAT IS KNOWN IN ESTATE PLANNING TERMS AS "THE OLD SWITCHEROO" WHEREIN A JEALOUS SIBLING BRINGS THEIR ENTIRE FAMILY IN TO BE FRAUDULENTLY DEPRIVED OF ONE'S RIGHT TO PROVIDE THEIR POSTERITY WITH THEIR LEGACIES IN ADDITION TO ILLEGALLY DEPRIVING AN UNSUSPECTING SIBLING OF THEIR BIRTHRIGHT.

ALTHOUGH THE FACTS SURROUNDING THE RICO ACT VIOLATIONS ARE IN AND OF THEMSELVES HORRIFIC CRIMES TYPICALLY USED BY WELL KNOWN MAFIA FAMILIES; THE EVIDENCE WHICH HAS BEEN EXPOSED WITHIN THIS MATTER REVEALS NOTHING SHORT OF THE INTENTIONAL ASSAULT ON THE UNITED STATES CONSTITUTION AND THE ASSOCIATED BILL OF RIGHTS WHICH IS BEING TRAMPLED ASSUNDER HEREIN.

THE FOLLOWING PAGES REPRESENT ONE OF THE RECENT FILINGS WITHIN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO WHICH HAS YET TO EVEN HAVE AN ACKNOWLEDGEMENT FROM EITHER THE DEFENDANTS OR THE ASSOCIATED CHIEF JUDGE BRIMMER AND MAGISTRATE CREWS BOTH OF WHOM REFUSE TO RESPECT THE LAWS SURROUNDING THEIR DUTIES AS PROVIDED UNDER THE RICO ACT OF 1970 AND EVEN REFUSE PLAINTIFF'S DEMANDS TO RENDER A DECISION KNOWING IT WOULD GO IMMEDIATELY TO THE SUPREME COURT OF APPEALS..

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **BRETT L. ELIASON, Agent, Trustee, Beneficiary of The Estates of Max and Joyce Eliason et al.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE UNITED STATES DEPARTMENT OF JUSTICE**<br><br>**CHIEF JUDGE ROBERT S SHELBY OF THE US DISTRICT COURT FOR THE DISTRICT OF UTAH**<br><br>**MAGISTRATE JUDGE DUSTIN B PEAD OF THE US DISTRICT COURT FOR THE DISTRICT OF UTAH**<br><br>**Defendant.** | **MOTION TO COMPEL DEFENDANTS TO PROVIDE THE INFORMATION REQUIRED BY LAW (AS PER THE ATTACHED PROPOSED ORDERS)**<br><br>**ADJOINDER OF CASE NO. 1:20-CV-0024-RJS-DBP (ELIASON et al VS THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS et al.**<br><br>**REQUEST FOR SUBMISSION FOR DECISION ON CIVIL RICO ACT OF 1970 ALLEGATIONS WITH IMMEDIATE TRANSFER TO ATTORNEY GENERAL FOR PROSECUTION**<br><br>Case No. 1:20-CV-00959-PAB<br><br>Judge: PHILLIP A BRIMMER<br><br>Magistrate Judge: S. KATO CREWS |

Plaintiff Brett L Eliason hereby states that he is the Attorney in fact and Agent, Executor, Trustee, and Beneficiary representing his Father Max D Eliason, The Estates of Max and Joyce Eliason and hereby files this Motion to Compel the Defendants to provide the information requested herein and Adjoins the existing Case No. 1:20-CV-0024-RJS-DBP (ELIASON et al VS THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS et al (which is currently under the Jurisdiction of Defendants Chief Judge Robert J Shelby and Magistrate Judge Dustin B Pead of The United States District Court for the District of Utah.

## **DISCUSSION**

The Plaintiff filed the afore mentioned complaint within the United States District Court for the District of Utah on February 25th, 2020 and did so under urgent distress and with an associated plea for assistance as Victims as defined by The General Assembly Resolution 40/34 as it pertains to the relief entitled to those who are considered victims of Gross Violations of Civil Rights through the Abuse of Power of Office and the Abuse of Power of Government and Associations.

Joyce S Eliason passed away on May 21st, 2018 at which time the Law Office of Kirton McConkie acting as the Agent for The Corporation of The President of The Church of Jesus Christ of Latter-Day Saints illegally named Lisa Stephens as the Sole Trustee of the Max and Joyce Eliason Trusts dated October 28th, 2015. Max D Eliason is still alive and the Defendants have "locked him under house arrest" and had his name erased as ever having existed as either Settlor or Co-Trustee of this A/B Trust (which is a Felony).

20

## THE RICO ACT OF 1970

The **Racketeer Influenced and Corrupt Organizations (RICO) Act** is a United States federal law that provides for extended criminal penalties and a civil cause of action for acts performed as part of an ongoing criminal organization. The RICO Act focuses specifically on racketeering and allows the *leaders* of a syndicate to be tried for the crimes they *ordered* others to do or assisted them in doing, closing a perceived loophole that allowed a person who instructed someone else to, for example, murder, to be exempt from the trial because they did not actually commit the crime personally.[1]

RICO was enacted by section 901(a) of the Organized Crime Control Act of 1970 (Pub.L. 91–452, 84 Stat. 922, enacted October 15, 1970) and is codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968. G. Robert Blakey, an adviser to the United States Senate Government Operations Committee, drafted the law under the close supervision of the committee's chairman, Senator John Little McClellan. It was enacted as Title IX of the Organized Crime Control Act of 1970,

Under RICO, a person who has committed "at least two acts of racketeering activity" drawn from a list of 35 crimes—27 federal crimes and 8 state crimes—within a 10-year period can be charged with racketeering if such acts are related in one of four specified ways to an "enterprise".  Those found guilty of racketeering can be fined up to $25,000 and sentenced to 20 years in prison per racketeering count. In addition, the racketeer must forfeit all ill-gotten gains and interest in any business gained through a pattern of "racketeering activity."

When the U.S. Attorney decides to indict someone under RICO, they have the option of seeking a pre-trial restraining order or injunction to temporarily seize a defendant's assets and prevent the transfer of potentially forfeitable property, as well as require the

defendant to put up a performance bond. This provision was placed in the law because the owners of Mafia-related shell corporations often absconded with the assets. An injunction or performance bond ensures that there is something to seize in the event of a guilty verdict.

In many cases, the threat of a RICO indictment can force defendants to plead guilty to lesser charges, in part because the seizure of assets would make it difficult to pay a defense attorney. Despite its harsh provisions, a RICO-related charge is considered easy to prove in court since it focuses on patterns of behavior as opposed to criminal acts.[3]

RICO also permits a private individual "damaged in his business or property" by a "racketeer" to file a civil suit. The plaintiff must prove the existence of an "enterprise". The defendant(s) are not the enterprise; in other words, the defendant(s) and the enterprise are not one and the same.[4] There must be one of four specified relationships between the defendant(s) and the enterprise: either the defendant(s) invested the proceeds of the pattern of racketeering activity into the enterprise (18 U.S.C. § 1962(a)); or the defendant(s) acquired or maintained an interest in, or control of, the enterprise through the pattern of racketeering activity (subsection (b)); or the defendant(s) conducted or participated in the affairs of the enterprise "through" the pattern of racketeering activity (subsection (c)); or the defendant(s) conspired to do one of the above (subsection (d)).[5] In essence, the enterprise is either the 'prize,' 'instrument,' 'victim,' or 'perpetrator' of the racketeers.[6] A civil RICO action can be filed in state or federal court.[7]

**Both the criminal and civil components allow the recovery of treble damages (damages in triple the amount of actual/compensatory damages).**

Although its primary intent was to deal with organized crime, Blakey said that Congress never intended it to merely apply to the Mob. He once told *Time,* **"We don't want one set of rules for people whose collars are blue or whose names end in vowels, and another set for those whose collars are white and have Ivy League diplomas."**[3]

Initially, prosecutors were skeptical of using RICO, mainly because it was unproven. The RICO Act was first used by the US Attorney's Office in the Southern District of New York on September 18, 1979, in the United States v. Scotto. Scotto, who was convicted on charges of racketeering, accepting unlawful labor payments, and income tax evasion, headed the International Longshoreman's Association. During the 1980s and 1990s, federal prosecutors used the law to bring charges against several Mafia figures. The second major success was the Mafia Commission Trial, which ran from February 25, 1985, through November 19, 1986. Rudy Giuliani indicted 11 organized crime figures, including the heads of New York's so-called "Five Families", under the RICO Act on charges including extortion, labor racketeering, and murder for hire. *Time* magazine called this "Case of Cases" possibly "the most significant assault on the infrastructure of organized crime since the high command of the Chicago Mafia was swept away in 1943", and quoted Giuliani's stated intention: "Our approach is to wipe out the five families."[8] Gambino crime family boss Paul Castellano evaded conviction when he and his underboss, Thomas Bilotti, were murdered on the streets of Midtown Manhattan on December 16, 1985. However, three heads of the Five Families were sentenced to 100 years in prison on January 13,

1987.[9][10]  Genovese and Colombo leaders, Tony Salerno and Carmine

Persico received additional sentences in separate trials, with 70-year and 39-year

sentences to run consecutively. He was assisted by three Assistant United States

Attorneys: Michael Chertoff, the eventual second United States Secretary of Homeland

Security and co-author of the Patriot Act; John Savarese, now a partner at Wachtell

Lipton Rosen & Katz; and Gil Childers, a later deputy chief of the criminal division for

the Southern District of New York and now managing director in the legal department at

Goldman Sachs.

A more expansive view holds that in order to be found guilty of violating the RICO

statute, the government must prove beyond a reasonable doubt: (1) that an enterprise

existed; (2) that the enterprise affected interstate commerce; (3) that the defendant was

associated with or employed by the enterprise; (4) that the defendant engaged in a

pattern of racketeering activity; and (5) that the defendant conducted or participated in

the conduct of the enterprise through that pattern of racketeering activity through the

commission of at least two acts of racketeering activity as set forth in the

indictment. *United States v. Phillips*, 664 F. 2d 971, 1011 (5th Cir. Unit B Dec.

1981), *cert. denied*, 457 U.S. 1136, 102 S. Ct. 1265, 73 L. Ed. 2d 1354 (1982).

An "enterprise" is defined as including any individual, partnership, corporation,

association, or other legal entity, and any union or group of individuals associated in fact

although not a legal entity. 18 U.S.C.A. § 1961(4) (West 1984). Many courts have noted

that Congress mandated a liberal construction of the RICO statute in order to effectuate

its remedial purposes by holding that the term "enterprise" has an expansive statutory

definition. *United States v. Delano*, 825 F. Supp. 534, 538-39 (W.D.N.Y. 1993), *aff'd in part, rev'd in part*, 55 F. 3d 720 (2d Cir. 1995), cases cited therein.

"Pattern of racketeering activity" requires at least two acts of racketeering activity committed within ten years of each other. 18 U.S.C.A. § 1961(5) (West 1984). Congress intended a fairly flexible concept of a pattern in mind. *H.J., Inc. v. Northwestern Bell Tel. Co.*, 492 U.S. 229, 239, 109 S. Ct. 2893, 2900, 106 L. Ed. 2d 195 (1989). The government must show that the racketeering predicates are related, and that they amount to or pose a threat of continued criminal activity. *Id.* Racketeering predicates are related if they have the same or similar purposes, results, participants, victims, or methods of commission, or otherwise are interrelated by distinguishing characteristics and are not isolated events. *Id.* at 240, 109 S. Ct. at 2901; *Ticor Title Ins. Co. v. Florida*, 937 F. 2d 447, 450 (9th Cir. 1991). Furthermore, the degree in which these factors establish a pattern may depend on the degree of proximity, or any similarities in goals or methodology, or the number of repetitions. *United States v. Indelicato*, 865 F. 2d 1370, 1382 (2d Cir.), *cert. denied*, 493 U.S. 811, 110 S. Ct. 56, 107 L. Ed. 2d 24 (1989).

Continuity refers either to a closed period of repeated conduct, or to past conduct that by its nature projects into the future with a threat of repetition. *H.J., Inc.*, 492 U.S. at 241-42, 109 S. Ct. at 2902. A party alleging a RICO violation may demonstrate continuity over a closed period by proving a series of related predicates extending over a substantial period of time. *Id.* Predicate acts extending over a few weeks or months and threatening no future criminal conduct do not satisfy this requirement as Congress was concerned with RICO in long-term criminal conduct. *Id.*

As to the continuity requirement, the government may show that the racketeering acts found to have been committed pose a threat of continued racketeering activity by proving: (1) that the acts are part of a long-term association that exists for criminal purposes, or (2) that they are a regular way of conducting the defendant's ongoing legitimate business, or (3) that they are a regular way of conducting or participating in an ongoing and legitimate enterprise. *Id.*

When a RICO action is brought before continuity can be established, then liability depends on whether the threat of continuity is demonstrated. *Id.* However, Judge Scalia wrote in his concurring opinion that it would be absurd to say that "at least a few months of racketeering activity. . .is generally for free, as far as RICO is concerned." *Id.* at 254, 109 S. Ct. at 2908. Therefore, if the predicate acts involve a distinct threat of long-term racketeering activity, either implicit or explicit, a RICO pattern is established. *Id.* at 242, 109 S. Ct. at 2902. **The RICO statute expressly states that it is unlawful for any person to conspire to violate any of the subsections of 18 U.S.C.A. § 1962. The government need not prove that the defendant agreed with every other conspirator, knew all of the other conspirators, or had full knowledge of all the details of the conspiracy. *Delano*, 825 F. Supp. at 542. All that must be shown is: (1) that the defendant agreed to commit the substantive racketeering offense through agreeing to participate in two racketeering acts; (2) that he knew the general status of the conspiracy; and (3) that he knew the conspiracy extended beyond his individual role. *United States v. Rastelli*, 870 F. 2d 822, 828 (2d Cir.), *cert. denied*, 493 U.S. 982, 110 S. Ct. 515, 107 L. Ed. 2d 516 (1989).**

## THE ESTATES OF MAX AND JOYCE ELIASON

| | | |
|---|---|---|
| **CASH** | **$ 10 Million** | **(In 5 separate accounts at Zions and Wells)** |
| **INVESTMENTS** | **$ 15 Million** | **(In 5 separate accounts at TD Ameritrade)** |
| **ELIASON EIGHT, LLC** | **$100 Million** | **(Oil and Gas Properties in UT, TX, CO, WY)** |
| **ELIASON ENT, LLC** | **$ 25 Million** | **(Income Producing R/E; Residence, Etc.)** |
| **STILLMAN SEVEN LLC** | <u>**$ 50 Million**</u> | **(7,500 Acre Ranch in family since 1904).** |
| **TOTAL** | **$200 MILLION** | |

> ➢ KMC Law illegally named Lisa Stephens as the "Sole Trustee" upon the death of Joyce S Eliason on May 21st, 2018 despite the fact that this Estate Plan was done under the provisions of an "A/B Trust" with Max D Eliason being the Co-Settlor and Co-Trustee meaning all assets should still be found within an apparent non-existent Marital Trust.

> ➢ With this illegally obtained title of Sole Trustee; KMC Law empowered her and her husband Bryan Stephens to take every dollar out of every account of every Trust and from every Business Holding so that neither Max D Eliason or myself would have access to any of this capital to litigate for the rights we were told to "Sue KMC Law" to protect as "Client and youngest Beneficiary" while KMC Law and the "COP" represented the Son in Law of Max and Joyce Eliason in Fraud.

> ➢ The Oil Properties which were located within Eliason Eight, LLC were never to be removed and yet they have been illegally transferred to The Eliason 2015 Trust and The Eliason 2016 Trust with provisions made for a "Trust Protector" from KMC Law to be able to sell off assets or create any beneficiaries of his choosing including the creation of "Charitable Trusts" which KMC Law refuses to discuss. The "COP" and KMC Law refuse to allow a forensics audit or to even provide financials with full disclosure.

> ➢ The Defendants illegally transferred $722K from Eliason Eight, LLC and put it into the Eliason 2016 Trust and then wired this amount to pay income taxes on Illegally removed oil producing properties with the proceeds being paid to unknown but illegal recipients. There were three counts of "Wire Fraud" in 2018 alone which carries a prison sentence of 20 years for each respective count. The recipients did not likely pay taxes on the stolen oil properties which would result in approximately $100 Million of tax evasion to the various participants which KMC Law and the "COP" refuse to provide.

> ➢ Stillman Seven LLC was illegally transferred out of the Estate of Joyce S Eliason to the fraudulently created Grandchildren's Trust (KMC Law refuses to provide documentation) and which was illegally modified after the Defendants administered an illegal prescription of morphine and forced her to sign an invalid document on April 17th, 2018 which was followed by a morphine induced coma and is considered "attempted murder" herein.

## THE CRIMES WHICH ARE ASSOICATED AND ALLEGED HEREIN THAT QUALIFY FOR PUNISHMENT UNDER THE RICO ACT OF RACKETEERING AND ORGANIZED CRIME INCLUDE THE FOLLOWING"

1. Any act or threat involving Murder (Both Joyce Eliason and Brett Eliason)

2. Bribery (All Compensation paid to the "COP" and KMC Law was Bribes)

3. Extortion (See the Cause of Action relating to "My 3-D ME")

4. Embezzlement (The combined estates of Max and Joyce have been embezzled.

5. Fraud (Of EVERY document within the Estate Plan of Max and Joyce Eliason)

6. Wire Fraud (Funds were stolen from Eliason Eight and wired to the IRS for taxes)

7. Financial Institution Fraud (All Accounts illegally closed without accounting).

8. Obstruction of Justice (Every Motion the Defendants File and block Justice)

9. Obstruction of Criminal Investigation (Judge Shelby, Jude Pead, Judge Mow etc.)

10. Obstruction of State or Local Law Enforcement (Unified Police, District Attorneys)

11. Tampering with a witness (Bribing and/or coercing Plaintiffs' Attorneys etc.)

12. Tampering with a Victim (Declaring Max Eliason incompetent and Plaintiff insane

13. Retaliation against a Victim (Max is under house arrest while they "undo" Plaintiff.

14. Theft of Trade Secrets (KMC Law supported the theft of My 3-D ME Technology)

15. Money Laundering (Perform a forensic audit of cash paid to Kirkland Ellis Law)

16. Tax Evasion (The $100 Million of stolen Oil Properties was not reported to IRS)

17. Falsification of Government Documents (See Probate Court Trust Documents)

18. Felony Defamation (Fraudulent allegations filed against plaintiff with State APS)

19. Abuse and Exploitation of Vulnerable Adults and Children

20. Abuse of Power of Office with malicious financial and emotional assaults

**THE IMMEDIATE INJUNCTION ACTIONS WHICH SHOULD BE TAKEN AS PER US LAW:**

A. THE COURT SHOULD FORCE KIRTON MCCONKIE TO CEASE ALL HOSTILITIES AGAINST THE ELIASON FAMILY WHICH INCLUDES MOTIONS FOR DISMISSAL AND FORCING THEIR VICTIM TO BE HIS OWN PRO SE ATTORNEY WHEN THEY IN FACT WERE PAID TO REPRESENT HIM IMPARTIALLY WITH HIS SIBLINGS (BUT ONLY AFTER THEIR CLIENT MAX DIED).

B. IMMEDIATE STEPS SHOULD BE TAKEN TO PROTECT THE SAFETY OF THE VICTIMS (PAST, PRESENT, AND FUTURE) INCLUDING THE IMMEDIATE ADMISSION OF GUILT BY THE "COP" AND KIRTON MCCONKIE THAT THEY ARE ILLEGALLY PROHIBITING BRETT L ELIASON FROM SEEING HIS OWN FATHER WITH NO OTHER REASON THAN TO CONCEAL THEIR CRIMES AND A PUBLIC APOLOGY (AS PER VICTIMS' RIGHTS UNDER GENERAL ASSEMBLY 40/34 AS IT RELATES TO ABUSE OF POWER) MADE WITH A DISCLOSURE AS TO EACH PARTICIPANT WHO IS KNOWINGLY BEING INVOLVED IN THIS "MAFIACRACY" AND TO TREAT THE DEFENDANTS AS "DESPERATE CRIMINALS" AND ACT ACCORDINGLY THROUGH LOCAL LAW ENFORCEMENT AND THE FBI.

C. THE "COP" AND KMC LAW ARE TO RESTORE THE ESTATES OF MAX AND JOYCE S ELIASON TO THE CONDITION THEY WERE IN PRIOR TO THE RELATIONSHIP BEING CONSUMMATED UNDER FRAUDULENT MISREPRESENTATION AND A FORENSICS AUDIT PERFORMED ON ALL ASSETS AND TO EXPOSE EVERY RECIPIENT OF ELIASON EIGHT, LLC OIL AND OR ANY OF THE INSURANCE PROCEEDS WHICH WAS PLACED ON THE LIFE OF JOYCE S ELIASON ILLEGALLY AND THE PROCEEDS DISTRIBUTED AS PER FRAUDULENT VERBIAGE FOUND WITHIN THE ELIASON 2016 TRUST.

D. KIRTON MCCONKIE AND THE "COP" ARE TO DISCLOSE AND RETURN ALL COMMPENSATION THAT THEY HAVE RECEIVED THROUGH ANY SOURCE WHICH SINCE EVERY DIME PAID IS CONSIDERED A FELONY BRIBE (INCLUDING OIL PROPERTIES, REAL ESTATE, INSURANCE PROCEEDS, AND "RETAINER AND HOURLY BILLING FEES"). THIS AMOUNT IS TO BE AWARDED TREBLE DAMAGES AND RETURNED TO PLAINTIFF IMMEDIATELY FOR HIS PRO SE "LEGAL COSTS".

29

## DALLIN H OAKS; PRESIDENT OF THE QUORUM OF THE TWELVE APOSTLES OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; (TRUSTEE OF COP)

Dallin H Oaks should be deposed under Oath IMMEDIATELY as to his involvement within this matter and to have him as a former Utah Supreme Court Judge who is the next "Prophet to Be" of the LDS Church and to explain why he has not heretofore taken any actions of "Good Faith" towards the clients who are victims of "Conspiracy to Commit Aggravated Retaliation against Victims and the associated Aggravated Abuse and Exploitation of the Vulnerable Adults and children KMC Law and the "COP" were paid to protect.

Dallin H Oaks is the acting Trustee of "The COP" and he is the acting High Managerial Agent directing the actions of KMC Law and it is felt that he is responsible for implementing this strategy of "Estate Planning Murder" on the Eliason Family which goes unchecked today and which may involve countless victims throughout the world via Kirton McConkie Law Offices and Kirkland Ellis Law Offices in Chicago.

An undisclosed source and victim of this type of fraud coming from "The Honorable Dallin H Oaks" (who lives in Chicago) reports that Kirkland Ellis is allegedly receiving subcontracted business from the LDS Church whereby it is able to launder the hundreds of billions of unaccounted for Tithes and Offerings (as per the Whistleblower Report from Lars Nielsen concerning the concealed $100 Billion fund; the estimated income of the "COP" at $15 Billion/year while the church returns only $50 Million per year).

30

Dallin H Oaks is a reported former CIA Operative under George H Bush and who became an FBI recruiter who utilized his position as President of BYU and a Professor at the J Reuben Clark Law School to "recruit" the members of the "Mormon Mafia" into powerful positions within the legal industry and the state governments along with the leadership of the LDS Church.

The recent report of the LDS Church breaking the Federal Laws concerning 501-C3 Corporations and the associated $100 Billion of cash sitting untouched for over 20 years. Becomes extremely suspicious when considering that it has contributed approximately $3.5 Billion to society over the past 20 years while its income from Tithes and Offerings and for-profit operations is estimated at $15 Billion per year. That implies that the LDS Church has returned approximately 3-4 months of Tithes and Offerings which it has accrued over the past 20+ years.

That would imply that there is a missing $300 Billion of "Tithes and Offerings" since the $100 Billion was already there 20 years ago. The LDS Church is returning 1% of the "donations" it receives and has never produced an audit of its actions even though the members of the LDS Church such as "ME" deserve to know where the millions of dollars of tithes and offerings the Eliason Family has paid (along with the embezzled $200 Million estates) and whether or not these Sacred Tithes and Offerings are being used to influence the Political Agenda of Dallin H Oaks who was fired from BYU as President by President Ezra Taft Benson because "Brother Oaks" ideology concerning socialism and communism were considered to be too radical for the students.

It was immediately thereafter that Dallin H Oaks became the Utah Supreme Court Justice after being nominated twice to be a member of The United States Supreme Court. It was also at this time in the history of the church that President Ezra Taft Benson warned the Church more than any other prophet that proceeded him; that the works of the "Secret Societies and Secret Combinations such as Gadianton Robbers" would challenge that Saints in the Latter-Days as "Murderous Cults" that would infiltrate every organization within State and Church and whose design is far from being considered "Divine".

It is alleged that Dallin H Oaks has utilized his position of power within the LDS Church to gain control of one of the most powerful and consistent cash flows in existence on the planet earth; and has used it since the beginning to promote his "NEW WORLD ORDER" Philosophy which was openly spoken of by President George H Bush and George W Bush as being their ultimate objective.

## THE THREAT TO NATIONAL SECURITY AND THE US CONSTITUTION

When one understands the "Pure Evil" which is found herein and that the same individual who causes countless members of the "LGBTQ" Community to kill themselves following his speeches of "Hate Crimes" from the LDS Pulpit; it is the most repulsive form of Hypocrisy and Lawlessness coming from one who professes to not only protect and be an hones Judge of Mankind; but also sits within the Holy Walls and sanctuary of the Temple while orchestrating the "Greatest Lie of All Times" which Adolph Hitler stated would lead to success in the scriptures of "Mein Kamph".

With the understanding of his capacity to have no remorse and who declines to apologize to "Mama Dragons" whose children have killed themselves because of his words; and to combine this fact with his intentional advertisement that the lawyers of KMC Law are "The Attorneys of Jesus Christ Himself" and to "bring your wealthy estates to us" (so we can put them up for bids to the highest bribe paid under the Craig McCullough Two for one estate scamming special which comes with free illegally morphine to put down that mom that won't die before her illegal life insurance policy expires). Dallin H Oaks is without a doubt the man who is the Trustee over the funds of the "COP" and his absolute power has absolutely led to absolute corruption as defined by his entitlement to "Rape and Pillage" the estates of Max and Joyce Eliason and to still be doing "business as usual" as he has done for the past seven years.

His association with Presidents and Political figures cannot be denied; and his known "communism and socialistic" ideology was troubling enough for him to get fired from being President of BYU where he was criticizing his own Church Leaders (which he now says is intolerable). He cannot answer one "Yes or No" Question within this matter and his integrity and honesty are "in the red" as far as credibility is concerned and there is no title on earth that can be allowed to act in this fashion of playing "Fourth Reich" Kingpin and Gatekeeper while forcing kids to kill themselves from the pulpit. His ties at Kirkland Ellis not only include suspicious "inflated lawyer billings"; but this firm is also the known Firm that represents The Rockefellers and The Rothschilds who are self-stated "New World Order" Illuminati members whose definition of "One World Government and One World Religion" also believes in THE WORLD ELITE.

## THE ILLUMINATED WORLD ELITE UNDER THE NEW WORLD ORDER:

The connection of just "WHO" Dallin H Oaks is and his ties into the underground world of Conspiracy and his defiance of the Laws of God and Man are to be considered a viable threat to the Safety of The Entire World when it is understood that the "Illuminati" have the goal of World Domination which includes the ownership of everything including all of the Oil Resources in the entire world (thus the reason why the Estates of Max and Joyce Eliason have been assaulted for over seven years).

Dallin H Oaks would clearly match the definition of the Lawless One and The Son of Destruction as per prophetic scripture with the Embezzlements from the Eliason Family putting him at number eight in the division of "most corrupt leaders in history" and he will go to a distant first position when it is exposed where the missing hundreds of billions of dollars have been applied

The HUMANITY of the entire World should fear this matter herein due to the fact that the "World Elite" have sworn a vow of loyalty as "Luciferians" and that they are willing to commit any crime as long as it promotes the well-being of "The New World Order" (such as the Fifty Felonies Herein).   Just as was the case with "Brother Adolph Hitler"; the agenda of "exterminating" those whose right to life is considered as dispensable as the civil rights they have stolen from the victims herein; the agenda of the New World Order includes the extinction of Humanity as we know it; in order for the "World Elite" to live in their new "Utopian La La Land" where they have raped and pillaged the earth for themselves.  HOW CONVENIENT WOULD IT BE FOR THIS "DARK EVIL" TO SUDDENLY RELEASE A NEW VIRUS STRAIN NOW KNOWN AS THE COVID-19 PANDEMIC SO AS TO COMPLETE THEIR EVIL PLAN AND WIPE OUT THE REQUIRED NUMBERS OF INNOCENT LIFE WHILE THEY HAVE BEEN VACCINATED.  THE DEFENDANTS HEREIN HAVE NO GUILT OF CONSCIOUS WHATSOEVER FOR COMPLETELY DESTROYING MY ENTIRE FAMILY AND THEY LITERALLY COULD COMMIT "ESTATE PLANNING MURDER" ON ANYONE VIA THE HELL'S ANGELS OF KIRTON MCCONKIE AND UNDER THE DIRECTION OF A MAN WHOSE EVERY ACTION REFLECTS "HAIL HITLER...."

# PROPOSED ORDER BY THE UNITED STATES
# <u>DISTRICT COURT OF UTAH OR COLORADO</u>

THE UNITED STATES DISTRICT COURT HEREBY COMPELS AND DEMANDS THAT THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS (AS PRINCIPAL) BE REQUIRED TO ACCOUNT FOR THE MISSING ASSETS OF THE ESTATES OF MAX AND JOYCE ELIASON WHICH HAVE BEEN EMBEZZLED THROUGH THE LAW OFFICES OF KIRTON MCCONKIE WHO IS AN AGENT ACTING ON THEIR BEHALF AND UNDER THE DIRECTION OF THE "HIGH MANAGERIAL AGENT DALLIN H OAKS" (PRESIDENT OF THE QUORUM OF THE TWELVE APOSTLES OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS).

IN ADDITION TO THE IMMEDIATE ACCOUNTING WHICH IS OWED BY STATE AND FEDERAL LAW TO BE PROVIDED TO THE PLAINTIFF AS THE ACTING AGENT, TRUSTEE, PERSONAL REPRESENTATIVE, AND BENEFICIARY OF THE MAX AND JOYCE ELIASON ESTATES, IS THE IMMEDIATE DEMAND TO DISCLOSE UNDER WHAT LEGAL BASIS AND JURISDICTION THE DEFENDANT CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS CAN CITE WHICH PERMITS THEM TO LEGALLY REPRESENT DEFENDANTS BRYAN AND LISA STEPHENS (AS SOLE TRUSTEE), AND MARK AND LAURIE ELIASON WITHOUT DISCLOSURE TO EITHER VICTIM MAX D ELIASON (WHO IS SETTLOR AND CO-TRUSTEE) OR HIS SON BRETT L ELIASON.

THE DEFENDANTS ARE ADVISED THAT THEY ARE CONSIDERED PERSONALLY LIABLE FOR BOTH CRIMINAL AND CIVIL DAMAGES ASSOCIATED HEREIN AND ARE RESPONSIBLE UNER THE UNITED STATES LAWS SURROUNDING CORPORATE OFFICER LIABILITY AND AGENCY AND THAT ANY CONCEALMENT HEREIN OR HEREAFTER IS A FELONY CHARGE OF "OBSTRUCTION OF JUSTICE" AND WILL BE HELD ACCOUNTABLE WITH NO IMMUNITY OFFERED FOR ABUSING ONE'S POWER OF OFFICE ALSO ALLEGED HEREIN UNDER THE GENERAL ASSEMBLY 40/34.

Signed this ____ day of _____, 20___.

BY THE HONORABLE UNITED STATES DISTRICT
COURT CHIEF JUDGE PHILLIP, A BRIMMER FOR
THE DISTRICT OF COLORADO

_____

35

## CONCLUSION AND REQUEST BY THE VICTIMS

This is the most tragic display of how corruption which goes unchecked leads to the demise and the undermining of society as we know it. Anyone who "knows" or understands the level of corruption herein and is not doing everything in their power to bring the guilty "World Elite to Justice"; is literally "commanding" that the corruption continues and grows until it wipes out the planet before the COVID 19 Virus can do it.

This should be considered an URGENT matter to the Government especially when it implies that Presidential appointment such as Chief Judge Robert J Shelby are implicated with little possibility that he or Magistrate Dusting Pead have for not taking this matter seriously when filed under RICO on February 25th, 2020 and them not even requesting that the "COP" or KMC Law provide the legal documents which Plaintiff is entitled to on behalf of himself and as the Executor and Agent of Max D Eliason with the associated duties of Trustee, Beneficiary, and Member Manager of Eliason Eight, LLC and Eliason Enterprises, LLC.

It is proposed that the actions herein be considered "Unconstitutional" as per the rules of the United States District Court System and that the appropriate document be executed by either Judge Brimmer or Judge Crews and that the Attorney General of either the District of Colorado or Attorney General William Barr to prosecute this matter and put out the "evil fire" before it consumes the Freedoms which America was built upon by our divinely inspired Founding Fathers whose voices scream from the grave along with an entire army of ancestors all who are "all in" during this Armageddon.

If anyone is looking for proof that "God is not dead; nor doth he sleep"; the events which have brought this matter to the Tenth Circuit Court of The United States and The District of Colorado would inspire even an "atheist" to follow the trail of countless interventions and the associated "unfolding of events" before Plaintiff's eyes which in the end will prove the Defendants lives are all based on lies. I would dare anyone who is following this matter and who is familiar with 3 Nephi and other biblical scripture associated with "End Times" to dispute that this "Revealing of the Lawless Man and The Son of Destruction" is before the eyes of the world and that the "Prince of Lies" would be found within the "Sanctuary of The Temple Walls" after a Seven Year Battle which would happen immediately preceding "The Great Apostacy" which would likely be the imminent result of The Officers of COP and the dozens of associated "righteous" members of society being locked up for 1,000 years and the LDS Church bankrupted by not being able to correctly answer the one blaring question from scripture concerning Fiduciary Duty. I ask once again that the First Presidency and the Quorum of The Twelve Apostles of The Church of Jesus Christ of Latter-Day Saints to answer the simplest of all questions that shall determine your innocence or guilt at the "JUDGEMENT BAR EXAM" … **"DO YOU SERVE ME?"** Your ending is foretold in prophesy in a battle wherein "God and ME" and "We The People of The United States" are holding the Defendants in checkmate on page one and they refuse to admit that one **"PAWN of GOD"** could take out a their "King" and Legion of Thugs who are all playing for the **"ARMY of FRAUD".** Welcome to your own personalized form of Armageddon and "AMEN" to your Priesthood and rights to be called Free Men; A Dieu.

/s/ Brett L. Eliason

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2



**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**


EJ 327 705 109 US

### CUSTOMER USE ONLY
FROM: (PLEASE PRINT)    PHONE ( 801 ) 949-0080

Bret L Eliason
45 S Fairway Drive
NSL UT 84054

### DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED  Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
* Refer to USPS.com® or local Post Office™ for availability.

### TO: (PLEASE PRINT)   PHONE ( )
The Tenth Circuit Court of
Wyoming
2120 Capitol Avenue
Room 2151
Cheyenne, Wyoming

ZIP + 4® (U.S. ADDRESSES ONLY)
8 2 0 0 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.


**PEEL FROM THIS CORNER**

### PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

### ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 84010 | 3-6-21 | $ 26.35 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 3-5-21 | ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 11:20 ☑ AM ☐ PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 26.35 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| 1.5 6 lbs. oz. | | OD |

### DELIVERY (POSTAL SERVICE USE ONLY)
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996

  
**UNITED STATES POSTAL SERVICE**